1   ARTHUR D. LEVY (SB # 95659)
arthur@yesquire.com
2   GINA DI GIUSTO (SB #293252)
gdigiusto@heraca.org
3   NATALIE LYONS (SB #293026)
nlyons@heraca.org
HOUSING AND ECONOMIC RIGHTS ADVOCATES
4   P.O. Box 29435
Oakland, California 94604
5   Telephone: (415) 702-4551

6   BRYAN KEMNITZER (SB # 66401)
bryan@kbklegal.com
7   KRISTIN KEMNITZER (SB # 278946)
Kristin@kbklegal.com
KEMNITZER, BARRON & KRIEG, LLP
8   354 Pine St.
5th Floor
9   San Francisco, CA  94104
Tel. (415) 632-1900

10   Attorneys for Plaintiffs TAQUELIA WASHINGTON TOLAND AND GEORGIA TOLAND
Individually and on Behalf of All Others Similarly Situated
11

12                   **UNITED STATES DISTRICT COURT**

13                   **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 14  TAQUELIA WASHINGTON TOLAND and GEORGIA TOLAND, individually and on 15  behalf of All Others Similarly Situated, | **Case No. 3:17-cv-02575-JD** |
| 16                     Plaintiffs, | **NOTICE OF PENDENCY OF OTHER ACTION (L.R. 3-13)** |
| 17       vs. | |
| 18  NATIONSTAR MORTGAGE LLC, a Delaware limited liability company; 19  VERIPRO SOLUTIONS INC., a Delaware corporation, and DOES 1 through 20, 20 | |
| 21                     Defendants. | |

22

23          Pursuant to Local Rule 3-13, Plaintiffs Georgia Toland and Taquelia Washington hereby

24   give notice of the pendency of *McCoy v. Nationstar Mortgage, LLC*, pending in the United

25   States District Court for the Southern District of California, Case No. 15-CV-2366 DMS (AGS).

26          Plaintiffs first learned of the pendency of the *McCoy* case through a Notice of Class

27   Action Settlement mailed to them by postmark dated November 25, 2019 and received by

28   Plaintiffs on or about November 30, 2019.  Before then, neither Plaintiffs nor their counsel had

1   any knowledge of the *McCoy* case.

2       The relationship between *McCoy* and this case is that the defendant, Nationstar

3   Mortgage, LLC, is the same in both cases.  Additionally, the plaintiff in *McCoy* has alleged

4   violations of the Fair Debt Collection Practices Act (15 U.S.C. §§ 1692 *et seq.*) and the

5   Rosenthal Fair Debt Collection Practices Act (Cal. Civ. Code, § 1788 *et seq.* (the "Rosenthal

6   Act") based on written correspondence sent solely by Nationstar to Mr. McCoy allegedly

7   seeking to collect a mortgage deficiency balance barred by California anti-deficiency laws (Cal

8   Code Civ. Proc., §§ 580b, 580d, 580e).

9       Plaintiffs in this case have brought unfair debt collection claims against Nationstar under

10  the Rosenthal Act and, derivatively, under the UCL, based on the illegal collection of deficiency

11  balances.  (Dkt. 1 (Complaint ¶¶ 12-18, 28-32, 45-47 & Ex. A, B, C).)  However, Plaintiffs' debt

12  collection claims against Nationstar are based on collection letters sent solely by Veripro

13  Solutions, Inc. (Dkt. 1 at 32-39), the other Defendant in this case.  Veripro is a Nationstar

14  affiliate. By contrast, Mr. McCoy does not base his case on any Veripro collection activity.

15  Because his claims are not based on the Veripro letters on which Plaintiffs base their debt

16  collection claims, Mr. McCoy is not a member of the proposed debt collection class in this case.

17      The McCoy action also originally included claims against Nationstar under the Fair

18  Credit Reporting Act (15 U.S.C. §§ 1681 *et seq.*) and the California Credit Reporting Agencies

19  Act (Cal. Civ. Code, §§ 1785.25 *et seq.* ("CCRAA")) that are substantially similar to the

20  CCRAA claims Plaintiffs have brought against Nationstar. (ECF No. 1 ("Complaint") at ¶¶ 34-

21  39; 45-47).  The Court in *McCoy* granted pre-class certification summary judgment in favor of

22  Nationstar on those claims.  Accordingly, there are no credit reporting claims pending in *McCoy*,

23  and the proposed class action settlement in *McCoy* does not include any credit reporting claims.

24      The court in *McCoy* granted preliminary approval of a class action settlement on August

25  29, 2019.  Plaintiffs in this case are members of the proposed *McCoy* settlement class because

26  Nationstar sent them the same or similar collection letters to those at issue in *McCoy*, in addition

27  to the Veripro collection letters that are not at issue in *McCoy* but are the basis for Plaintiffs'

28  debt collection claims in this case.  Plaintiffs have filed objections to the *McCoy* settlement on

1  | various grounds.  Plaintiffs will appear through counsel at the January 3, 2020 Fairness Hearing

2  | on the proposed settlement in *McCoy*.

3  |       Nationstar has not filed a Notice of Pendency of the *McCoy* case in the case at bar, or any

4  | notification in the *McCoy* case of the pendency of this case.

5  |       At this juncture, Plaintiffs do not believe transfer or coordination would be appropriate

6  | because the debt collection claims in the two cases are based on entirely different collection

7  | letters and operative facts, and the credit reporting claims, while still pending in this case, have

8  | been dismissed from *McCoy*.   However, further developments and discussions with counsel and

9  | the during Court's hearing of Plaintiffs' Objections to the proposed settlement in *McCoy* may

10  | disclose benefits of some form of coordination between the two cases.

11

12  | Dated:  December 13, 2019           _____/s/ Arthur D. Levy_____
   |                                 Arthur D. Levy

13

14  |                            ARTHUR D. LEVY (SB # 95659)
   | GINA DI GIUSTO (SB #293252)
   | NATALIE LYONS (SB #293026)

15  | HOUSING AND ECONOMIC RIGHTS
   | ADVOCATES

16  | P.O. Box 29435
   | Oakland, California 94604

17  | Telephone: (415) 702-4551
   | Facsimile: (415) 814-4080

18  | arthur@yesquire.com
   | gdigiusto@heraca.org

19  | nlyons@heraca.org

20  | BRYAN KEMNITZER (SB # 066401)
   | KRISTIN KEMNITZER (SB # 278946)

21  | KEMNITZER, BARRON & KRIEG, LLP
   | 354 Pine St., 5th Floor

22  | San Francisco, CA  94104

23  | Attorneys for Plaintiffs TAQUELIA
   | WASHINGTON TOLAND and GEORGIA

24  | TOLAND

25

26

27

28