ARTHUR D. LEVY (SB # 95659)
arthur@yesquire.com
GINA DI GIUSTO (SB #293252)
gdigiusto@heraca.org
NATALIE LYONS (SB #293026)
nlyons@heraca.org
HOUSING AND ECONOMIC RIGHTS ADVOCATES
P.O. Box 29435
Oakland, California 94604
Telephone: (415) 702-4551

BRYAN KEMNITZER (SB # 66401)
bryan@kbklegal.com
KRISTIN KEMNITZER (SB # 278946)
Kristin@kbklegal.com
KEMNITZER, BARRON & KRIEG, LLP
42 Miller Ave., 3rd Floor
Mill Valley, CA 94941
Tel. (415) 632-1900

Attorneys for Plaintiffs
TAQUELIA WASHINGTON TOLAND
AND GEORGIA TOLAND
Individually and on Behalf of All Others
Similarly Situated

JOHN B. SULLIVAN (State Bar No. 96742)
ERIK KEMP (State Bar No. 246196)
LASZLO LADI (State Bar No. 265564) S
EVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants
NATIONSTAR MORTGAGE LLC and
VERIPRO SOLUTIONS INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAQUELIA WASHINGTON TOLAND and GEORGIA TOLAND, individually and on behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC, a Delaware limited liability company; VERIPRO SOLUTIONS INC., a Delaware corporation, and DOES 1 through 20,<br><br>Defendants. | **Case No. 3:17-cv-02575-JD**<br><br>**STIPULATION MODIFYING MOTIONS BRIEFING SCHEDULE AND [PROPOSED] ORDER**<br><br>**Re:  ECF Nos. 86 & 87** |

Pursuant to Local Rules 16-10(b), 7-12 and 6-2(b), plaintiffs Taquelia Washington Toland and Georgia Toland ("Plaintiffs") and defendants Nationstar Mortgage LLC and Veripro Solutions Inc. ("Defendants"), (collectively, the "Parties"), by and through undersigned counsel, stipulate to modify the briefing schedule on Defendants' Motion for Summary Judgment (ECF No. 87) and Defendants' Motion to Exclude or Limit the Expert Testimony of Evan Hendricks (ECF No. 86), and request the Court to order as follows:

1. On November 25, 2019, the Court entered the Amended Scheduling Order that is presently effective in this case. ECF No. 67 (Scheduling Order). The Scheduling Order set the deadlines for class certification briefing on February 26, 2020 and for dispositive and Daubert motions on April 20, 2020.

2. Class certification has been fully briefed by the Parties.

3. On April 14, 2020, the Parties filed a Stipulation to modify the Scheduling Order, and among other things, amend the deadline for dispositive and Daubert motions to August 18, 2020. ECF No. 82. Among the reasons underlying the Stipulation, the Parties sought to "allow Plaintiffs' class certification motion to be decided before the deadline to file dispositive and Daubert motions and to allow the Parties time to hold the settlement conference with Magistrate Judge Ryu after the Court has ruled on Plaintiffs' motion for class certification motion, and to promote in-person attendance by all participants at the conference," in light of the COVID-19 pandemic. *Id.* at 4.

4. The Court has not issued an Order on the April 14 Stipulation.

5. On April 15, 2020, the Court set the hearing on the class certification motion for August 13, 2020. ECF No. 83.

6. On April 16, 2020, Magistrate Judge Ryu vacated the settlement conference scheduled for May 4, 2020 and in its place, scheduled a settlement planning call on that same date. ECF No. 85.

7. In accordance with the currently outstanding Scheduling Order (ECF No. 67), on April 20, 2020, Defendants filed a Motion for Summary Judgment, or in the alternative, for Partial Summary Judgment (ECF No. 87) and a Motion to Exclude or Limit the Expert Report of

Evan Hendricks (collectively, "Defendants' Motions"). ECF No. 86. Both motions are noticed for the class certification hearing date, August 13, 2020.

8. Although the Parties prefer a modification of the Court's Scheduling Order that would extend the deadline for filing and hearing dispositive and Daubert motions to a date after the class certification hearing date (August 13, 2020), pending the Court's consideration of their request to do so (ECF No. 82), the Parties have agreed to modify the briefing schedule prescribed by Local Rule 7-3 to permit the parties sufficient time to brief Defendants' Motions.

9. The reasons for this modification are that, in light of the issues raised and their importance to the case and the fact that there is nearly four months remaining until the noticed August 13 hearing date, in the interests of justice and without any prejudice to the Court or the parties, both sides can and should be permitted more time for briefing Defendants' Motions so that all issues are fully presented to the Court for its consideration. Further, during this COVID-19 pandemic, counsel for the Parties are encountering unique obstacles to effective management of litigation schedules and workloads.

10. Therefore, the Parties jointly propose to modify the briefing schedule under Local Rule 7-3 as follows:

Plaintiffs' Opposition to Defendants' Motions will be extended from May 4 to May 25, 2020; and

Defendants' Reply in support of the Motions from May 11 to June 15, 2020.

11. Unless otherwise ordered by the Court, the hearing date for Defendants' Motions will remain August 13, 2020. The proposed briefing schedule allows nearly two months from the completion of briefing to hearing.

Dated: April 22, 2020                                    Respectfully submitted,

/s/ Arthur D. Levy
   Arthur D. Levy

ARTHUR D. LEVY (SB # 95659)
GINA DI GIUSTO (SB #293252)
NATALIE LYONS (SB #293026)
HOUSING AND ECONOMIC RIGHTS ADVOCATES
P.O. Box 29435

| | |
|---|---|
| 1 | Oakland, California 94604 |
| | Telephone: (415) 702-4551 |
| 2 | Facsimile: (415) 814-4080 |
| | arthur@yesquire.com |
| | gdigiusto@heraca.org |
| 3 | nlyons@heraca.org |

BRYAN KEMNITZER (SB # 066401)
KRISTIN KEMNITZER (SB # 278946)
KEMNITZER, BARRON & KRIEG, LLP
354 Pine St., 5th Floor
San Francisco, CA  94104

Attorneys for Plaintiffs TAQUELIA WASHINGTON TOLAND and GEORGIA TOLAND

/s/ Erik Kemp
    Erik Kemp

JOHN B. SULLIVAN (SB #246196)
ERIK KEMP (SB # 246196)
LASZLO LADI (SB # 265564)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants NATIONSTAR MORTGAGE LLC and VERIPRO SOLUTIONS INC.

**LOCAL RULE 5-1 ATTESTATION**

I, Arthur D. Levy, am the ECF user whose ID and password are being used to file this document.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Erik Kemp has concurred in the filing of this document with his electronic signature.


DATED: April 22, 2020, 2020                                  /s/ Arthur D. Levy

                                                                                          Arthur D. Levy

**[PROPOSED] ORDER**

The Court, having reviewed the Stipulation of the Parties and finding good cause, hereby ORDERS that the briefing dates for Defendants' Motion for Summary Judgment (ECF No. 87) and Defendants' Motion to Exclude or Limit the Expert Testimony of Evan Hendricks (ECF No. 86) are hereby extended as follows: Plaintiffs' Oppositions to both of Defendants' motions are hereby extended  judgment motions to May 25, 2020 and Defendants' Reply in support of their Motions to June 15, 2020.

Dated: _____          _____
                                  THE HONORABLE JUDGE JAMES DONATO
                                  UNITED STATES DISTRICT JUDGE