1  JOHN B. SULLIVAN (State Bar No. 96742)
jbs@severson.com
2  MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
3  ERIK KEMP (State Bar No. 246196)
ek@severson.com
4  LASZLO LADI (State Bar No. 265564)
ll@severson.com
5  SEVERSON & WERSON
A Professional Corporation
6  One Embarcadero Center, Suite 2600
San Francisco, California 94111
7  Telephone: (415) 398-3344
Facsimile: (415) 956-0439
8
Attorneys for Defendants
9  NATIONSTAR MORTGAGE LLC and
VERIPRO SOLUTIONS INC.
10

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 13  TAQUELIA WASHINGTON TOLAND and GEORGIA TOLAND, individually and on 14  behalf of All Others Similarly Situated, | Case No. 3:17-cv-02575-JD |
| 15                Plaintiffs, | **DEFENDANTS' NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF MOTION FOR SUMMARY JUDGMENT AND MOTION TO EXCLUDE EXPERT TESTIMONY OF EVAN HENDRICKS** |
| 16        vs. | |
| 17  NATIONSTAR MORTGAGE LLC, a Delaware limited liability company; 18  VERIPRO SOLUTIONS INC., a Delaware corporation; and DOES 1 through 20, | Date:      August 13, 2020 Time:      10:00 a.m. Ctrm.:     11 |
| 19                Defendants. | Judge:    Hon. James Donato |
| 20 | Action Filed:    March 24, 2017 |

21        Pursuant to Local Rule 7.7(e), defendants Nationstar Mortgage LLC and Veripro

22  Solutions, Inc. hereby withdraw without prejudice their Motion for Summary Judgment, or in the

23  alternative, for Partial Summary Judgment (ECF No. 87), and Motion to Exclude or Limit the

24  Expert Report of Evan Hendricks (ECF No. 86).  Defendants intend to renew both motions at a

25  later date pursuant to a stipulated briefing schedule being negotiated with plaintiffs.

26  / / /

27  / / /

28  / / /

1    DATED:  May 1, 2020                              SEVERSON & WERSON
                                                      A Professional Corporation
2

3                                         By:  _____
                                                        */s/ Erik Kemp*
                                                           Erik Kemp
4
                                               Attorneys for Defendants
5                                              NATIONSTAR MORTGAGE LLC and
                                               VERIPRO SOLUTIONS INC.
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANTS' NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF
MOTION FOR SUMMARY JUDGMENT AND MOTION TO EXCLUDE