HOUSING AND ECONOMIC RIGHTS ADVOCATES
ARTHUR D. LEVY          Bar No. 095659
GINA DI GIUSTO          Bar No. 293252
P.O. Box 29435
Oakland, CA  94604
Telephone: (415) 702-4551
Facsimile: (415) 814-4080
arthur@yesquire.com
gdigiusto@heraca.org

KEMNITZER, BARRON & KRIEG, LLP
BRYAN KEMNITZER          Bar No. 066401
KRISTIN KEMNITZER          Bar No. 278946
42 Miller Ave., 3rd Floor
Mill Valley, CA  94941
Telephone: (415) 632-1900
Facsimile: (415) 632-1900
bryan@kbklegal.com
kristin@kbklegal.com

Attorneys for Plaintiffs TAQUELIA WASHINGTON TOLAND AND GEORGIA TOLAND
Individually and on Behalf of All Others Similarly Situated

## UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAQUELIA WASHINGTON TOLAND and GEORGIA TOLAND, individually and on behalf of All Others Similarly Situated, | **Case No. 3:17-cv-02575-JD** |
| | CLASS ACTION |
| Plaintiffs, | **DECLARATION OF ARTHUR D. LEVY IN SUPPORT PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS** |
| vs. | |
| NATIONSTAR MORTGAGE LLC, a Delaware limited liability company; VERIPRO SOLUTIONS INC., a Delaware corporation, and DOES 1 through 20, | **Date:  April 21, 2022**<br>**Time:  10:00 a.m.**<br>**Courtroom 11, 19th Floor**<br>**Hon. James Donato** |
| Defendants. | |
| _____/ | Complaint Filed:  March 24, 2017 |

I, Arthur D. Levy, say:

1.      I am a member in good standing of the State Bar of California and have been counsel of record for Plaintiffs from the filing of the state court case in March 2017 to date.

<u>PROFESSIONAL AND CLASS ACTION QUALIFICATIONS AND EXPERIENCE</u>

2.      I was admitted to the California Bar in 1980 after graduating from UC Berkeley School of Law.  I was an editor of the California Law Review for two years during law school and became a member of the Order of the Coif.

3.      I have 41 years of litigation experience.  From late 1980 until 1983, I worked as a litigation associate in Morrison & Foerster's San Francisco office, working primarily on antitrust cases.  From 1983 until 1985, I worked as a litigation associate at Collette & Erickson, working primarily on real estate cases.  From 1985 until 1988, I had a solo litigation practice in San Francisco, handling a variety of business litigation matters.  From 1988 until 1997, I was a partner in the law firm of Ewell & Levy in San Francisco, where I continued a business litigation practice.  In 1997, I co-founded Levy, Ram & Olson and was a partner through May 2009, primarily handling consumer class action cases.

4.      Levy, Ram & Olson was founded in March 1997 by Michael Ram (a Lieff, Cabraser, Heimann & Bernstein partner), Karl Olson (a Cooper, White & Cooper partner), and myself.  All three of us had once been associates at Morrison & Foerster.  Erica L. Craven later joined us as a partner in the firm. From its inception, the firm specialized in consumer class action and consumer litigation under the California Unfair Competition Law (Bus. & Prof. Code §§ 17200 *et seq*.).  Approximately 70% of our work over the last five years of the firm was in the consumer class action/17200 practice area.

5.      In June 2009, Levy, Ram & Olson disbanded so the partners could pursue different directions in class action practice.  Since then, I have been a sole practitioner and have continued my class practice in co-counseling arrangements with other law firms.  I am currently Director of Litigation for Housing and Economic Rights Advocates, a not-for-profit legal service and advocacy organization located in Oakland that provides assistance and representation to low-

income consumers in the areas of affordable credit, credit reporting, mortgage, student, and medical lending, and debt collection defense.

6.     I have personally served as lead counsel in consumer class action cases, including the following:

- *Doskocz v. ALS Lien Services*, Contra Costa County Superior Court Case No. MSC17-01486 (class certified);

- *Banks v. JPMorgan Chase Bank, N.A.*, Alameda Superior Court Case No. RG12614875 (settlement class certified);

- *Velline v. JPMorgan Chase Bank, N.A.*, Alameda Superior Court Case No. RG14714754 (settlement class certified);

- *De La Torre v. CashCall, Inc.*, San Mateo Superior Court Case No. 19-CIV-01235 (class certified);

- *O'Donovan v. CashCall, Inc.*, U.S. District Court for the Northern District of California, Case No. C 08-03174 TSH (class certified);

- *Perez v. Barclay's Capital Real Estate, Inc.*, San Francisco Superior Court Case No. CGC-10-496374 (settlement class certified);

- *Carias v. Lenox Financial Mortgage Corp.*, Contra Costa Superior Court Case No. CIV MSC 06-02409 (class certified);

- *Munn v. Eastwood Insurance Services, Inc.*, Orange County Superior Court Complex Litigation Case No. 06CC00110 (class certified on July 9, 2007);

- *Porter v. Auto Insurance Specialists*, JAMS Arbitration No. 1100048278 (class certified October 23, 2007 by Judges James Warren, Edward Infante, and Richard Neal);

- *Lesser v. IKON*, San Francisco Superior Court Case No. 992793 (settlement class certified);

- *Gluck v. Bank of America Corporation*, San Francisco Superior Court Case No. 308496 (settlement class certified);

- *Beach v. Bank of America*, Alameda County Superior Court Case No. 2002-054356 (class certified); and

- *Lesser v. Pacific Bell Directory*, Alameda County Superior Court Case No. 2002-066344 (settlement class certified).

7.     I personally served as lead trial counsel in a 13-day UCL bench trial from March though May 2021 in a certified consumer loan unconscionability class action, *De La Torre v. CashCall, Inc.*, San Mateo Superior Court Case No. 19-CIV-01235.  Closing arguments in that

case were held on November 1, 2021, and the case is currently under submission for decision before the Honorable Marie S. Weiner.  I was also lead trial counsel in a UCL bench trial in 2015 in a certified EFTA "conditioning claim" class action in the related predecessor federal case, *De La Torre v. CashCall, Inc.*, U.S. District Court for the Northern District of California, Case No. C 08-03174 TSH.   That trial resulted in a class recovery that led to a settlement of the litigation.

8.     I also served as lead trial counsel in two non-class action UCL trials:  *Krumme v. Mercury Insurance Company*, San Francisco Superior Court Case No. 313367 (tried to plaintiff's judgment in July 2002 and affirmed on appeal in October 2004), and *Wilson v. Brawn of California*, San Francisco Superior Court Case No. CGC-02-404454 (tried to plaintiff's judgment in April 2003 and reversed on appeal in September 2005).

9.     I also served as lead trial counsel in the California Department of Insurance's administrative Non-Compliance Case against Mercury Insurance Company, *In the Matter of Mercury Insurance Company*, Office of Administrative Hearings Case No.  N2006040185.  That two-week trial resulted in the State recovering $27.6 million in penalties. Mercury challenged this ruling in an administrative mandamus action in the Orange County Superior Court.  The Fourth District Court of Appeal, Division 3, affirmed the penalty award in full in *Mercury Insurance Co. v. Lara* (2019) 35 Cal.App.5th 82 (rev. denied 8/14/19).

<u>CASE HISTORY</u>

10.     In the remand proceeding in this case, defendants claimed that they could not identify Class members based on data mining algorithms but would have to conduct manual file reviews. To test this assertion and to prepare for depositions, Plaintiffs served document and data requests and interrogatories on defendants. These were served in August 2018.

11.     Defendants declined to provide the requested class data, instead providing fragmentary data for 300 potential Class members.  Class counsel met and conferred with defense counsel in an effort to resolve the data disputes, including an in-person meeting on March 1, 2019, without success.  On March 6, 2019, Class Counsel submitted a discovery dispute letter on the data issues to the Court.  (Dkt. No. 48.)  The Court held a telephone

discovery conference on April 9, 2019, at which the Court ruled that Plaintiffs were not required to accept defendants' list of 300 but were entitled to pursue data discovery from defendants to develop methods of identifying the Class and to assure a complete Class list. (Dkt. Nos. 51, 53.)

12.     After the telephone conference with the Court, Class Counsel again attempted to meet and confer with defendants to resolve the data issues and obtain the data necessary to assess Class identification and definition issues. When this again proved unsuccessful, on May 6, 2019, Plaintiffs sought a second discovery conference with the Court. (Dkt. No. 54.) The Court held a second discovery conference on June 6, 2019, at the end of which the Court ordered counsel to appear in Court in person on June 10. (Dkt. No. 56.) On June 10, counsel for both sides met in the jury room and reached agreements to resolve the discovery dispute. (Dkt. No. 58.) Under this agreement, defendants agreed to exert best efforts to provide Class Counsel with the requested data by July 1, 2019, based on clarifications and definitions provided by Class Counsel. (Dkt. 59.)

13.     Class Counsel then pursued PMK depositions from defendants. Because defendants' Fed. R. Civ. P. 30(b)(6) witnesses were located in Dallas, HERA Senior Staff Attorney Natalie Lyons and I traveled to Dallas, where I took the PMK deposition of Phillip Livingston for defendant Veripro on July 24, 2019 and the PMK deposition of A.J. Loll for defendant Nationstar on July 25, 2019.

14.     Obtaining testimony from these witnesses was key to supporting Plaintiffs' Motion for Class Certification (Dkt. No. 72) and opposing defendants' Motion for Summary Judgment (Dkt. No. 100). (*See* Docket No.72-1, Ex. 8, 12; No. 100, Ex. 8, 12.)

15.     Promptly upon returning from Texas, Class Counsel served follow-on document and data requests and interrogatories to pursue new information leads that emerged during the Dallas depositions. These resulted in further discovery issues and an additional extended meet and confer, including an in-person meeting on September 4, 2019. Class Counsel submitted a third discovery dispute letter to the Court on September 6, 2019. (Dkt. No. 62.) On November 8, 2019, the Court held a third discovery hearing, at which the Court directed defendants to

Declaration of Arthur D. Levy In Support of Plaintiffs' Motion for Attorneys' Fees and Service Awards

produce the data fields for loan purpose, occupancy status and cross-reference identifiers between Nationstar's loans and Veripro's accounts for loans recorded as potentially foreclosed or related to a short sale.  (Dkt. No. 66.)

16.     Having obtained this data, Class Counsel were able to determine that, contrary to defendants' claim that there were only 300 potential Collection Letter Subclass members, there were potentially over twice that many, 677. On November 18, 2021, Defendants produced a Collection Letter Subclass List pursuant to Settlement Agreement § 2.2(b), containing 377 ~~potential~~*actual* Collection Letter subclass members, 25% more than the 300 *potential* members defendants initially claimed before Plaintiffs' data analysis.

17.     Meanwhile, defendants served interrogatories, document requests, and requests for admission on Plaintiffs. Responses were timely served on January 22, 2019. Defendants thereafter took both Plaintiffs' depositions, on July 18 & 19, 2019.

18.     Class Counsel turned to preparing for expert reports and depositions per the Court's Case Management Scheduling Order of November 25, 2019.  (Dkt. No. 67.)  Expert reports were exchanged on September 13, 2019.  Plaintiff submitted one report, from credit reporting expert Evan Hendricks; defendants submitted two expert reports, one from credit reporting expert John Ulzheimer and the other from damages expert Thomas Lambert.  Rebuttal expert reports were exchanged on October 3, 2019. Depositions of experts Hendricks and Ulzheimer were taken remotely on October 11 and 24, and December 10, 2019.

19.     On November 29, 2019, Plaintiffs learned for the first time of a second class action against Nationstar challenging its mortgage deficiency collection and credit reporting practices under California law, *McCoy v Nationstar Mortgage, LLC*, U.S. Dist. Ct. S.D. Cal. Case No. 15cv2366 DMS. The *McCoy* Plaintiff and Nationstar had entered a proposed Class Action Settlement that could have preempted this case, at least on the collection claim ground. (*McCoy* Dkt No. 239-1.)

20.     Section 1.10 of the *McCoy* Settlement Agreement defined the "FDCPA Letter" as "*all correspondence sent to the Settlement Class Members, after October 19, 2014*, including any

Welcome Letter, Demand Letter, Account Statement, or any other correspondence, in an attempt to collect the purported debt." (Emphasis added.) Section 1.24 defined "Released Claims" as "any and all claims under the FDCPA, RFDCPA, and FDCPA State Equivalents *based upon the FDCPA Letters, regardless of whether the claims were asserted in the Litigation*." (Emphasis added.) These provisions were arguably broad enough to sweep the collection claims in this case, which are based on form letters that Veripro, a Nationstar subsidiary, sent to the Collection Letter Subclass, within the scope of the Class release in *McCoy*.

21.     Class Counsel reviewed and analyzed the *McCoy* settlement and on December 2, 2019, filed Objections to protect this case. (*McCoy* Dkt. No. 246.) The Court agreed that the proposed settlement should be modified to exclude this action entirely from the *McCoy* settlement and sustained some of our objections to the class notice plan in *McCoy*. (*McCoy* Dkt. No. 258, pp. 11-12.) After the *McCoy* parties moved for final approval, Class Counsel appeared at a hearing before Judge Dana Sabraw in San Diego to oppose on February 14, 2020. (*McCoy* Dkt. No. 256.) The Court approved the *McCoy* settlement, but excluded this case from the coverage of the settlement. (*McCoy* Dkt. No. 267.) Thus, it was necessary for Class Counsel to object to the *McCoy* settlement to ensure that *McCoy* did not preempt the instant Class Action. Class Counsel achieved that objective.

22.     Meanwhile, Class Counsel had turned in earnest to preparing their Motion for Class Certification, which they filed on January 14, 2020 in accordance with the Court's schedule, with a hearing date of Mach 19, 2020. (Dkt. No. 72.) Defendants filed opposition on February 11, 2020 (Dkt. No. 76), and Plaintiffs filed their reply on February 26 (Dkt. No. 77).

23.     The pandemic resulted in delays in the hearing of the Motion for Class Certification and defense Motion for Summary Judgment in this case, as well as the trial schedule. (Dkt. Nos. 79, 80, 82.) As a result, the hearing of the Motion for Class Certification was ultimately set for August 13, 2020, and a briefing and hearing schedule was set for defendants' Motion for Summary Judgment. (Dkt. 83.) Defendants' Motion for Summary Judgment was refiled accordingly on May 15, 2020 (Dkt. No. 94), opposed on June 8, 2020 (Dkt.

No. 100), and fully briefed on June 29, 2020 (Dkt. No. 104).  Defendants also filed a *Daubert* motion in parallel with their Motion for Summary Judgment to exclude expert Evan Hendricks's testimony, which was briefed and to be heard concurrently with their Motion for Summary Judgment on August 13, 2020.  (Dkt. Nos. 95, 99, 105.)

24.     In October 2019, the parties attended a mediation before retired Alameda Superior Court Judge Hernandez at ADR Services.  Mediation statements were prepared and exchanged. The mediation was held on October 25, 2019 and lasted most of the day. No settlement was reached.

25.     While the Motion for Class Certification was pending in early 2020, in accordance with a settlement reference from the Court (Dkt. No. 75), the parties scheduled a mandatory settlement conference before Magistrate Judge Ryu.  A mandatory settlement conference was initially set for May 4, 2020 and then moved to July 27 to allow the Motion for Class Certification and Motion for Summary Judgment to be fully briefed (but not heard or decided) before the settlement conference.  (Dkt. Nos. 75, 93.)

26.     Settlement progress was made at the conference, held remotely with Judge Ryu on July 27, 2021.  (Dkt. No. 106.)  The parties proposed a stipulation to continue the Motion for Class Certification and Motion for Summary Judgment hearing dates.  (Dkt. No. 107.)  In response, the Court issued an Order staying the case and vacating all deadlines and hearings. (Dkt. No. 108.)  The parties then continued settlement discussions and negotiations, which led to a further remote settlement conference with Judge Ryu on August 25-26, 2020, at which a settlement in principle was reached.  (Dkt. No. 111.)  In the settlement conferences before Judge Ryu, there were no fee negotiations until the parties had reached an agreement in principle on the terms of the Class settlement.

27.     The parties then engaged in lengthy and intensive negotiation and drafting of the Settlement Agreement and the associated Class Notice and Claim form for this settlement. Class Counsel obtained estimates from four settlement administrators.   By early February 2021, the settlement documentation was complete, and Plaintiffs filed their preliminary approval motion.

(Dkt. No. 117.)  On April 15, 2021, the Court held a hearing on the Motion for Preliminary Approval, at which Court required certain changes to the settlement and further explanations from the parties.  (Dkt. No. 120.)  On May 17, 2020, the parties submitted a Joint Statement in response to the Court's April 15 Order.  (Dkt. No. 121.)  The Court approved the parties' proposed changes on October 20, 2021 (Dkt. No. 123) and issued its Preliminary Approval Order on October 29 (Dkt. No. 125), setting December 1, 2021 as the deadline for filing this motion. The parties then stipulated, and the Court ordered, that the deadline for this motion be extended to December 10, 2021.  (Dkt. No. 127.)

<u>ARTHUR LEVY'S HOURS, RATES, AND EXPENSES</u>

28.     Throughout this case, I have had a practice of recording my time and expenses in each case contemporaneously and entering them on a computer via the "TimeSlips" time and billing program.  I have personally reviewed my time and expense entries in this case and exercised billing judgment by reducing and/or eliminating or writing down entries that were duplicative, unproductive, or mistakenly coded to this case file.  I have closely reviewed all of my time entries to support the following reported totals.

29.     This case was originally filed in state court on March 24, 2017 and removed to this Court (Dkt. No. 1).  Through October 31, 2021, I spent 555.8 chargeable hours working on the state court case prior to removal and on this case.   This does not include any time to date spent working on this motion or otherwise attending to compliance with the Court's Preliminary Approval Order.  My time records as compiled and reported by the TimeSlips program through October 31, 2021 are attached as Exhibit "A" to this declaration.

Declaration of Arthur D. Levy In Support of Plaintiffs' Motion for Attorneys' Fees and Service Awards

30.     The following table provides a breakdown of my hours:

| Litigation Segment | Hours | % of Total | General Description of Services |
|---|---|---|---|
| Motion for Remand | 33.2 | 6.0% | Motion and reply; expert witness work; supplemental briefing |
| Discovery and Discovery Enforcement | 137.7 | 24.8% | Prepared, responded to, and analyzed discovery and data; three discovery conferences with the Court; prepared for and take PMK depositions in Dallas and follow-on discovery and enforcement |
| Mediation and Settlement | 70.8 | 12.7% | Prepared for and attended the mediation and MSC; negotiated and drafted of Settlement Agreement and exhibits |
| Class Certification | 105.0 | 18.9% | Prepared motion and supporting evidence; reply |
| Experts | 32.6 | 5.9% | Briefed and prepared credit reporting expert; prepared opening and rebuttal expert reports; reviewed defense expert reports; deposed defense credit reporting expert; defended second session of plaintiffs' expert deposition |
| *McCoy* Settlement | 56.2 | 10.1% | Analyzed settlement; prepared Objections; prepared opposition to Final Settlement Approval; attended Final Approval hearing in San Diego |
| Oppose Defense MSJ and Daubert Motion | 73.2 | 13.2% | Prepared oppositions and supporting evidence |
| Preliminary Settlement Approval | 22.5 | 4.1% | Prepared preliminary approval motion and supporting evidence; attention to Court's questions; attention to Joint Statement and revised Preliminary Approval Order |
| Miscellaneous | 24.6 | 4.4% | Attention to case management, compliance, stipulations, and miscellaneous legal research |
| Total Hours | 555.8 | 100.0% | Through Preliminary Approval Order; does not include any time devoted to this motion or compliance with the Preliminary Approval Order |

31.     As lead counsel for Plaintiffs in this case, I took a leading role in all aspects of the litigation.   I headed the discovery effort, personally reviewing and analyzing defendants'

10

discovery and data responses, taking the lead in the meet and confers, writing the three discovery dispute letters to the Court, and appearing at the three discovery dispute conferences with the Court.  I prepared for and personally took the defendants' PMK depositions in Dallas, and was primarily responsible for assisting Evan Hendricks, Plaintiffs' credit reporting expert, in preparing his reports.  I analyzed the defense expert reports and took the deposition of defense credit reporting expert, John Ulzheimer.

32.     I took the leading role in drafting Plaintiffs' Motion for Class Certification, including drafting the opening (Dkt. No. 72) and reply (Dkt. No. 77) briefs and marshaling the supporting evidence.

33.     I similarly took the leading role in opposing the defense summary judgment motion (Dkt. No. 100) and motion to exclude Mr. Hendricks's testimony (Dkt. No. 99).

34.     I worked collaboratively with my co-counsel, Kristin Kemnitzer, in analyzing the *McCoy* settlement and preparing the objections to that settlement to protect this case from being preempted by the settlement in that case.

35.     I attended the mediation with Judge Hernandez in October 2019 and the settlement conferences with Judge Ryu in 2020.  I played a leading role in negotiating the settlement, and was the primary negotiator of the Settlement Agreement and the Settlement Notice on the Plaintiffs' side.

36.     I have represented Plaintiffs in this case entirely on a contingent basis, with respect to both time and expenses.  I have not received or been promised any compensation for my time or expenses or reimbursement of any kind from any source, other than from this fee and expense application.  I have personally paid all out-of-pocket litigation expenses for which I am requesting reimbursement from the Settlement.

37.     I am familiar with the rates charged by similarly experienced attorneys for similar work in the San Francisco Bay Area, and believe that $850 per hour is below current market rates for class action attorneys with my length of experience and level of expertise practicing in

cases of similar size and complexity. The reasonableness of applying $850 per hour as my rate

in this case is directly confirmed by my fee awards in previous cases:

- Four years ago, in November 2017, Magistrate Judge Maria Elena James approved the rate of $750 per hour for my time as Class Counsel in *De La Torre v. CashCall, Inc.*, U.S. District Court for the Northern District of California, Case No. C 08-03174 TSH (Dkt. No. 379; settlement of "conditioning claims only).

- In December 2016, Alameda County Superior Court Case Judge Winifred Smith had approved the rate of $750 per hour for my time as Class Counsel in *Banks v. JPMorgan Chase Bank, N.A.,* Alameda Superior Court Case No. RG12614875.

- In August 2012, San Francisco Superior Court Complex Case Judge John E. Munter approved a rate of $700 per hour for my time in the class action *Perez v. Barclay's Capital Real Estate Inc.*, San Francisco Superior Court Case No. CGC-10-496374.

- In August 2010, Contra Costa County Complex Case Judge Barry Goode approved the $650 rate in a class action settlement in Contra Costa County, *Carias v. Lenox Financial Mortgage Co.,* Contra Costa Superior Court Case No. CIV MSC 06-02409.

- In January 2009, Retired San Francisco Superior Court Judge James Warren approved $650 per hour for my time and the other partners in my firm (Levy Ram & Olson) in the JAMS class action arbitration in *Porter v. Auto Insurance Specialists*, JAMS Arbitration No. 1100048278.

38.    Considering the time that has passed since these awards, my over 25 years of

experience in class action litigation, and my trial experience, an increase of 13.3% over my $750

per hour rate of four years ago to $850 per hour reflects a current fair hourly rate for my time.

39.    In sum, my lodestar for services rendered through October 31, 2021 is

$472,430.00, based on 555.8 hours at $850 per hour.

40.    My expenses devoted to this case through October 31, 2021, as recorded in the

Timeslips program, total $19,831.25. The following table provides a breakdown of these

expenses:

| Expense | Amount | % of Total |
|---|---|---|
| Expert fees | $8,286.50 | 41.8% |
| Deposition transcripts & remote | $5,393.84 | 27.2% |
| Mediator Fees | $3,250.00 | 16.4% |
| Photocopying | $1,144.26 | 5.8% |
| Travel | $871.36 | 4.4% |
| Research (PACER) and | $622.60 | 3.1% |
| Overnight Mail | $202.69 | 1.0% |
| CourtCall Fees | $60.00 | 0.3% |
| Total | $19,831.25 | 100.0% |

<u>HERA'S HOURS, RATES AND EXPENSES</u>

41.      I have been Director of Litigation for Housing and Economic Rights Advocates (HERA) throughout this litigation. HERA attorneys are among the country's foremost experts on a number of consumer law topics, including mortgage servicing and fair debt collection and credit reporting.  HERA regularly provides training on these issues to other attorneys, including through the National Consumer Law Center and Practising Law Institute.

42.      HERA has represented consumers in numerous class and individual cases in state and federal court.  Among these are four other class action lawsuits that, like this one, implicate post-foreclosure collection on mortgage debts covered by California's anti-deficiency statutes. All of these actions obtained favorable results for consumers.  They include:

- *Herrera v. LCS Financial Services Corp., et al*., N.D. Cal. No. C09-02843 (class certified).

- *Di Giacomo v. Wells Fargo Bank, N.A*., San Francisco Superior Court Case No. CGC-10-396942 (settlement class certified).

- *Soto v. Home Finance LLC*, Napa Superior Court Case No. 26-50251 (settlement class certified).

- *Morales et al. v. Heritage Pacific Financial LLC*, Santa Clara Superior Court Case Np. 110-cv-173203 (class certified).

- *Banks v. JPMorgan Chase Bank,* Alameda County Superior Court Case No. RG12614875 (settlement class certified).

43.     I worked closely with HERA Senior Staff Attorney Natalie Lyons on this litigation.  Ms. Lyons was admitted to the bar in December 2013 and has eight years of civil rights and consumer protection litigation experience.  After graduating from Golden Gate University Law School, she was employed by Equal Rights Advocates in San Francisco, where she represented individuals on matters related to their conviction history, including expungement hearings in criminal court, licensing applications, and an EEOC discrimination claim.  She also provided guidance and support to pro bono attorneys representing clients in reentry matters.

44.     From October 2014 until April 2019, she worked as a Staff Attorney at the Southern Poverty Law Center in Atlanta, Georgia.  While at SPLC, she litigated civil rights class actions, including against the DHS and ICE relating to border retention practices and access to counsel for immigrant detainees; prisoner rights cases against the Alabama and Georgia state prison systems; and police brutality cases.

45.     After joining HERA as a Senior Staff Attorney, she continued to work on complex class action cases, including litigation against the federal Department of Education regarding student loan discharges and this case.

46.     HERA utilizes a commercial database called AbacusLaw, through which staff keep contemporaneous records of time expended in performing various legal tasks on any given case, as well as recoverable costs that HERA incurs in litigation. Staff inputs detailed notes for each time record.

47.     AbacusLaw allows time records to be downloaded directly into a Microsoft Excel spreadsheet.   A true and correct copy of the downloaded AbacusLaw time entries for Ms. Lyons's time is attached to my declaration as Exhibit "B."   Ms. Lyons devoted a total of 128.5 hours to this case from June 2019 through July 2020.

48.     Ms. Lyons's work included responding to discovery propounded by defendants, including preparing Plaintiffs for their depositions, defending Taquelia Washington Toland at her deposition; assisting in the PMK depositions, including traveling to Dallas and assisting with the depositions; data analysis; assisting with drafting the class certification motion and reply and

Plaintiffs' response to defendants' motion for summary judgment; legal research; and attending and assisting in the settlement conferences with Magistrate Judge Ryu.

49.     In light of Ms. Lyons's eight years of class action and litigation experience, a reasonable rate for her services is $500 per hour.  Based on her 128.5 hours of service, HERA's lodestar fee for services in this litigation is $64,250.00.

50.     HERA also incurred expenses in this litigation, including travel expenses for the Dallas depositions of $2,033.66 and transcript costs of $1,426.70 for the depositions of Georgia Toland and Taquelia Washington Toland, yielding total costs of $3,460.36.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this Declaration is executed on December 7, 2021, at Oakland, California.

/s/ Arthur D. Levy
ARTHUR D. LEVY

# EXHIBIT A

12/6/2021
2:31 PM                                     Pre-bill Worksheet                              Page      1

Nickname        Nationstar.Class | 1222.01
Full Name       Taquelia Washington Toland and Georgia Toland
Address         ▓▓▓▓▓▓▓▓▓▓▓▓▓
                Oakland CA 94610

Office Phone                         Office Fax
Cell Phone      ▓▓▓▓▓▓▓▓▓▓           Home Phone
In Ref To       Nationstar/Veripro Class Action
                File No. 1222.01
Fees Arrg.      By billing value on each slip
Expense Arrg.   By billing value on each slip
Tax Profile     Exempt
Last bill
Last charge     10/29/2021
Last payment                         Amount      $0.00

| Date | Timekeeper | Rate | Hours | Amount | Total |
|------|-----------|------|-------|--------|-------|
| ID | Task | Markup % | DNB Time | DNB Amt | |
| 1/11/2017 | ADL | 0.00 | 0.50 | 0.00 | Billable |
| 10804 | Analysis | | | | |
| | Review case against Nationstar/Veripro | | | | |
| 2/8/2017 | ADL | 0.00 | 0.70 | 0.00 | Billable |
| 10877 | Analysis | | | | |
| | Prepare for meeting with Taquelia Washington and Georgia Toland | | | | |
| 2/9/2017 | ADL | 0.00 | 1.00 | 0.00 | Billable |
| 10878 | Analysis | | | | |
| | Meeting with Taquelia Washington and Georgia Toland re prospective case against Nationstar | | | | |
| 3/2/2017 | ADL | 0.00 | 0.30 | 0.00 | Billable |
| 10917 | Analysis | | | | |
| | Attention to Nationstar complaint; meeting with Noah Zinner and attention to emails | | | | |
| 3/2/2017 | ADL | 0.00 | 2.00 | 0.00 | Billable |
| 10920 | Analysis | | | | |
| | Attention to Nationstar complaint; meeting with Noah Zinner and attention to emails | | | | |
| 3/3/2017 | ADL | 0.00 | 1.50 | 0.00 | Billable |
| 10922 | Analysis | | | | |
| | Further edits to draft complaint | | | | |
| 3/9/2017 | ADL | 0.00 | 2.30 | 0.00 | Billable |
| 10937 | Analysis | | | | |
| | Further edits of complaint and related case document | | | | |
| 5/9/2017 | ADL | 0.00 | 0.50 | 0.00 | Billable |
| 11013 | Analysis | | | | |
| | Review remand motion; conference call with cocounsel | | | | |

12/6/2021
2:31 PM                                    Pre-bill Worksheet                              Page      2

Nationstar.Class:Taquelia Washington Toland and Georgia Toland (continued)

| Date<br>ID | Timekeeper<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 5/10/2017 | ADL | 0.00 | 0.20 | 0.00 | Billable |
| 11018 | Analysis | | | | |
| | Research remand motion in Banks case and retrieve | | | | |
| 5/10/2017 | ADL | 0.00 | 0.20 | 0.00 | Billable |
| 11019 | Analysis | | | | |
| | Obtain and prepare decline magistrate form | | | | |
| 5/25/2017 | ADL | 0.00 | 5.00 | 0.00 | Billable |
| 11029 | Analysis | | | | |
| | Revisions to remand motion | | | | |
| 5/26/2017 | ADL | 0.00 | 5.00 | 0.00 | Billable |
| 11030 | Analysis | | | | |
| | Revisions to remand motion | | | | |
| 5/30/2017 | ADL | 0.00 | 2.00 | 0.00 | Billable |
| 11031 | Analysis | | | | |
| | Further attention to remand motion, declaration and proposed order | | | | |
| 5/30/2017 | ADL | 0.00 | 0.50 | 0.00 | Billable |
| 11034 | Analysis | | | | |
| | Legal research re remand motion, revise | | | | |
| 6/2/2017 | ADL | 0.00 | 0.80 | 0.00 | Billable |
| 11048 | Analysis | | | | |
| | Finish removal papers and prepare for filing | | | | |
| 6/2/2017 | ADL | 0.00 | 0.20 | 0.00 | Billable |
| 11049 | Analysis | | | | |
| | Attend to case management calendar, update | | | | |
| 6/19/2017 | ADL | 0.00 | 0.20 | 0.00 | Billable |
| 11071 | Analysis | | | | |
| | Attention to briefing schedule, request for extension | | | | |
| 6/22/2017 | ADL | 0.00 | 8.00 | 0.00 | Billable |
| 11075 | Analysis | | | | |
| | Prepare reply brief; associated legal research and analysis | | | | |
| 6/27/2017 | ADL | 0.00 | 1.00 | 0.00 | Billable |
| 11077 | Analysis | | | | |
| | Finish remand reply | | | | |
| 7/10/2017 | ADL | 0.00 | 0.60 | 0.00 | Billable |
| 11099 | Analysis | | | | |
| | Review file re case management exemplars; Telephone call to Kristin<br>Kemnitzer re case management compliance | | | | |

12/6/2021
2:31 PM                                    Pre-bill Worksheet                                    Page      3

Nationstar.Class:Taquelia Washington Toland and Georgia Toland (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 7/20/2017 11112 | ADL Analysis Review plaintiff disclosure production and comment | 0.00 | 0.40 | 0.00 | Billable |
| 7/21/2017 11114 | ADL Analysis Review disclosure documents and CMC compliance drafts; Telephone call to Kristin Kemnitzer | 0.00 | 1.00 | 0.00 | Billable |
| 7/24/2017 11115 | ADL Analysis Review and comment on Jt CMC Statement and Protective Order | 0.00 | 1.00 | 0.00 | Billable |
| 7/26/2017 11119 | ADL Analysis Review and comment on initial disclosure draft | 0.00 | 0.30 | 0.00 | Billable |
| 8/2/2017 11131 | ADL Analysis Prepare for hearing | 0.00 | 1.00 | 0.00 | Billable |
| 8/3/2017 11132 | ADL Analysis Prepare for hearing | 0.00 | 1.50 | 0.00 | Billable |
| 8/15/2017 11145 | ADL Analysis Review Midland Funding decision | 0.00 | 0.40 | 0.00 | Billable |
| 9/5/2017 11156 | ADL Analysis Attention to Nationstar remand filing; research statistical experts | 0.00 | 0.50 | 0.00 | Billable |
| 9/5/2017 11159 | ADL Analysis Telephone calls to Kristin Kemnitzer re reply to Nationstar supplemental remand brief, expert | 0.00 | 0.60 | 0.00 | Billable |
| 9/7/2017 11168 | ADL Analysis Review Professor Stark email and re-read Walsh dec | 0.00 | 0.40 | 0.00 | Billable |
| 9/8/2017 11169 | ADL Analysis Telephone call to Kristin Kemnitzer re expert prep | 0.00 | 0.30 | 0.00 | Billable |

Nationstar.Class:Taquelia Washington Toland and Georgia Toland (continued)

| Date<br>ID | Timekeeper<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 9/8/2017 | ADL | 0.00 | 0.50 | 0.00 | Billable |
| | 11170 Analysis | | | | |
| | Telephone call to Philip Stark and Kristin Kemnitzer | | | | |
| 9/11/2017 | ADL | 0.00 | 1.00 | 0.00 | Billable |
| | 11171 Analysis | | | | |
| | Review and comment on Stark dec | | | | |
| 9/12/2017 | ADL | 0.00 | 0.30 | 0.00 | Billable |
| | 11174 Analysis | | | | |
| | Telephone call to Kristin Kemnitzer re Stark dec and reply brief; emails | | | | |
| 9/13/2017 | ADL | 0.00 | 1.00 | 0.00 | Billable |
| | 11175 Analysis | | | | |
| | Attention to supplemental reply | | | | |
| 9/14/2017 | ADL | 0.00 | 2.00 | 0.00 | Billable |
| | 11176 Analysis | | | | |
| | Further review and comment on supplemental reply | | | | |
| 9/15/2017 | ADL | 0.00 | 0.30 | 0.00 | Billable |
| | 11177 Analysis | | | | |
| | Final review of supplemental reply filing | | | | |
| 11/28/2017 | ADL | 0.00 | 0.20 | 0.00 | Billable |
| | 11267 Analysis | | | | |
| | Status email to clients | | | | |
| 3/13/2018 | ADL | 0.00 | 0.30 | 0.00 | Billable |
| | 11373 Analysis | | | | |
| | Prepare case management statement | | | | |
| 3/14/2018 | ADL | 0.00 | 0.20 | 0.00 | Billable |
| | 11376 Analysis | | | | |
| | Attention to Jt Statement; email to Lazlo Ladi | | | | |
| 5/21/2018 | ADL | 0.00 | 0.20 | 0.00 | Billable |
| | 11486 Analysis | | | | |
| | Draft status statement re state court compliance hearing | | | | |
| 7/16/2018 | ADL | 0.00 | 0.30 | 0.00 | Billable |
| | 11559 Analysis | | | | |
| | Review remand order; conference call with cocounsel | | | | |
| 7/26/2018 | ADL | 0.00 | 1.00 | 0.00 | Billable |
| | 11567 Analysis | | | | |
| | Review and analyze discovery drafts | | | | |

12/6/2021
2:31 PM                              Pre-bill Worksheet                              **Page      5**

Nationstar.Class:Taquelia Washington Toland and Georgia Toland (continued)

| Date<br>ID | Timekeeper<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 7/26/2018 | ADL | 0.00 | 0.80 | 0.00 | Billable |
| 11568 | Analysis |  |  |  |  |
|  | Telephone call to Kristin Kemnitzer re discovery and followup email |  |  |  |  |
| 7/26/2018 | ADL | 0.00 | 0.30 | 0.00 | **Billable** |
| 11569 | Analysis |  |  |  |  |
|  | Meeting with Noah Zinner re Nationstar and followup email |  |  |  |  |
| 7/26/2018 | ADL | 0.00 | 0.20 | 0.00 | **Billable** |
| 11570 | Analysis |  |  |  |  |
|  | Status update to clients |  |  |  |  |
| 8/7/2018 | ADL | 0.00 | 2.00 | 0.00 | **Billable** |
| 11586 | Analysis |  |  |  |  |
|  | Reiew and revise document requests |  |  |  |  |
| 8/8/2018 | ADL | 0.00 | 0.50 | 0.00 | Billable |
| 11587 | Analysis |  |  |  |  |
|  | Further revisions of document requests |  |  |  |  |
| 8/13/2018 | ADL | 0.00 | 1.80 | 0.00 | Billable |
| 11594 | Analysis |  |  |  |  |
|  | Review and comment on discovery drafts |  |  |  |  |
| 8/14/2018 | ADL | 0.00 | 0.30 | 0.00 | Billable |
| 11595 | Analysis |  |  |  |  |
|  | Further attention to discovery request drafts |  |  |  |  |
| 8/15/2018 | ADL | 0.00 | 0.40 | 0.00 | **Billable** |
| 11597 | Analysis |  |  |  |  |
|  | Telephone call to Kristin Kemnitzer re interrogatories; revisions to<br>interrogatories |  |  |  |  |
| 9/18/2018 | ADL | 0.00 | 3.00 | 0.00 | Billable |
| 11622 | Analysis |  |  |  |  |
|  | Review defendant's initial disclosures and initial disclosure document<br>production; analyze and take notes; review and respond to Kristin's notes<br>re defense documents; review plaintiff's documents; email to Kristin<br>Kemnitzer re defense initial disclosures |  |  |  |  |
| 10/8/2018 | ADL | 0.00 | 0.50 | 0.00 | Billable |
| 11634 | Analysis |  |  |  |  |
|  | Review and comment on CMC statement |  |  |  |  |
| 10/17/2018 | ADL | 0.00 | 2.20 | 0.00 | **Billable** |
| 11648 | Analysis |  |  |  |  |
|  | Prepare for and appear at CMC |  |  |  |  |

Nationstar.Class:Taquelia Washington Toland and Georgia Toland (continued)

| Date<br>ID | Timekeeper<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 11/12/2018 ADL | | 0.00 | 0.20 | 0.00 | Billable |
| | 11690 Analysis | | | | |
| | Telephone call to Kristin Kemnitzer re discovery status | | | | |
| 11/15/2018 ADL | | 0.00 | 0.30 | 0.00 | Billable |
| | 11694 Analysis | | | | |
| | Conference call with Judge Ryu | | | | |
| 11/19/2018 ADL | | 0.00 | 1.80 | 0.00 | Billable |
| | 11695 Analysis | | | | |
| | Review discovery responses and defendants' document productions; review<br>declarations submitted in opposition to remand motion | | | | |
| 11/19/2018 ADL | | 0.00 | 0.60 | 0.00 | Billable |
| | 11697 Analysis | | | | |
| | Telephone call to Kristin Kemnitzer re defense discovery compliance | | | | |
| 11/19/2018 ADL | | 0.00 | 0.40 | 0.00 | Billable |
| | 11699 Analysis | | | | |
| | Review and comment on Kristin's meet and confer notes | | | | |
| 11/28/2018 ADL | | 0.00 | 0.80 | 0.00 | Billable |
| | 11702 Analysis | | | | |
| | Discovery conference call | | | | |
| 12/3/2018 ADL | | 0.00 | 0.30 | 0.00 | Billable |
| | 11713 Analysis | | | | |
| | Review second installment of defendants' document production | | | | |
| 12/5/2018 ADL | | 0.00 | 0.30 | 0.00 | Billable |
| | 11719 Analysis | | | | |
| | Telephone call to Kristin Kemnitzer re discovery issues | | | | |
| 12/5/2018 ADL | | 0.00 | 0.20 | 0.00 | Billable |
| | 11720 Analysis | | | | |
| | Review document productions; design index table; meeting with Brenda<br>Orellana | | | | |
| 12/17/2018 ADL | | 0.00 | 0.50 | 0.00 | Billable |
| | 11725 Analysis | | | | |
| | Review index of Nationstar policies; telephone call to Kristin Kemnitzer re<br>further review | | | | |
| 12/18/2018 ADL | | 0.00 | 2.50 | 0.00 | Billable |
| | 11726 Analysis | | | | |
| | Review policies and procedures re responsiveness and completeness | | | | |

12/6/2021
2:31 PM                                    Pre-bill Worksheet                              Page      7

Nationstar.Class:Taquelia Washington Toland and Georgia Toland (continued)

| Date<br>ID | Timekeeper<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 12/21/2018 | ADL | 0.00 | 1.00 | 0.00 | Billable |
| 11727 | Analysis | | | | |
| | Review discovey to plaintiffs, yelephone call to Kristin Kemnitzer re same | | | | |
| 1/11/2019 | ADL | 0.00 | 1.50 | 0.00 | Billable |
| 11739 | Analysis | | | | |
| | Review discovery and prepare for Jan 14 discovery compliance call | | | | |
| 1/11/2019 | ADL | 0.00 | 0.20 | 0.00 | Billable |
| 11740 | Analysis | | | | |
| | Review CMC order and calendar | | | | |
| 1/14/2019 | ADL | 0.00 | 0.70 | 0.00 | Billable |
| 11742 | Analysis | | | | |
| | Attend discovery conference call; followup with Kristin re same | | | | |
| 1/15/2019 | ADL | 0.00 | 0.40 | 0.00 | Billable |
| 11743 | Analysis | | | | |
| | Prepare summary of conference call | | | | |
| 1/15/2019 | ADL | 0.00 | 1.50 | 0.00 | Billable |
| 11744 | Analysis | | | | |
| | Review and comment on draft discovery responses | | | | |
| 1/15/2019 | ADL | 0.00 | 0.50 | 0.00 | Billable |
| 11745 | Analysis | | | | |
| | Legal research re standing | | | | |
| 1/16/2019 | ADL | 0.00 | 2.00 | 0.00 | Billable |
| 11746 | Analysis | | | | |
| | Additional legal research re standing | | | | |
| 1/16/2019 | ADL | 0.00 | 1.50 | 0.00 | Billable |
| 11747 | Analysis | | | | |
| | Revisions to interrogatory answers | | | | |
| 1/18/2019 | ADL | 0.00 | 0.50 | 0.00 | Billable |
| 11752 | Analysis | | | | |
| | Review and comment on draft discovery responses; Telephone call to<br>Kristin Kemnitzer | | | | |
| 2/5/2019 | ADL | 0.00 | 0.80 | 0.00 | Billable |
| 11766 | Analysis | | | | |
| | Further review of defendants' document production; Telephone call to<br>Kristin Kemnitzer; draft email to defense counsel | | | | |

12/6/2021
2:31 PM                                     Pre-bill Worksheet                                    **Page       8**

Nationstar.Class:Taquelia Washington Toland and Georgia Toland (continued)

| Date ID | Timekeeper<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---------|-------------------|-----------------|-------------------|-------------------|-------|
| 2/12/2019 | ADL | 0.00 | 0.80 | 0.00 | Billable |
| 11777 | Analysis | | | | |
| | Review data provided by defense; email to Severson re discovery | | | | |
| 2/19/2019 | ADL | 0.00 | 3.00 | 0.00 | Billable |
| 11781 | Analysis | | | | |
| | Review and analysis of supplemental discovery responses; prepare for discovery conference call | | | | |
| 2/20/2019 | ADL | 0.00 | 0.30 | 0.00 | Billable |
| 11785 | Analysis | | | | |
| | Further attention to defense discovery compliance and memo re same | | | | |
| 2/20/2019 | ADL | 0.00 | 0.30 | 0.00 | Billable |
| 11788 | Analysis | | | | |
| | Telephone call to Kristin Kemnitzer re discovery compliance conference call with defense counsel | | | | |
| 2/25/2019 | ADL | 0.00 | 1.50 | 0.00 | Billable |
| 11791 | Analysis | | | | |
| | Review and comment of discovery meet and confer letter | | | | |
| 2/28/2019 | ADL | 0.00 | 0.30 | 0.00 | **Billable** |
| 11793 | Analysis | | | | |
| | Telephone call to Kristin Kemnitzer re meet and confer | | | | |
| 3/1/2019 | ADL | 0.00 | 1.50 | 0.00 | Billable |
| 11800 | Analysis | | | | |
| | Prepare for and attend discovery meet and confer at Severson; travel | | | | |
| 3/4/2019 | ADL | 0.00 | 3.00 | 0.00 | **Billable** |
| 11802 | Analysis | | | | |
| | Prepare discovery letter to court | | | | |
| 3/6/2019 | ADL | 0.00 | 1.00 | 0.00 | Billable |
| 11808 | Analysis | | | | |
| | Finalize discovery dispute letter for filing with the Court | | | | |
| 4/8/2019 | ADL | 0.00 | 1.50 | 0.00 | **Billable** |
| 11830 | Analysis | | | | |
| | Prepare for discovery hearing | | | | |
| 4/9/2019 | ADL | 0.00 | 1.00 | 0.00 | **Billable** |
| 11831 | Analysis | | | | |
| | Prepare for discovery hearing | | | | |

12/6/2021
2:31 PM                                    Pre-bill Worksheet                              **Page**      9

Nationstar.Class:Taquelia Washington Toland and Georgia Toland (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 4/9/2019 | ADL | 0.00 | 0.40 | 0.00 | Billable |
| 11832 | Analysis | | | | |
| | Appear at discovery conference call & follow up scheduling | | | | |
| 4/10/2019 | ADL | 0.00 | 1.00 | 0.00 | Billable |
| 11833 | Analysis | | | | |
| | Review notes; prepare for discovery meeting; prepare discovery proposal | | | | |
| 4/11/2019 | ADL | 0.00 | 1.70 | 0.00 | Billable |
| 11834 | Analysis | | | | |
| | Attend discovery meet and confer at Severson office; follow-up email | | | | |
| 4/23/2019 | ADL | 0.00 | 0.20 | 0.00 | Billable |
| 11844 | Analysis | | | | |
| | Attention to data discovery, data expert | | | | |
| 5/3/2019 | ADL | 0.00 | 1.00 | 0.00 | Billable |
| 11869 | Analysis | | | | |
| | Draft letter to court re discovery dispute | | | | |
| 5/6/2019 | ADL | 0.00 | 0.30 | 0.00 | Billable |
| 11870 | Analysis | | | | |
| | Finish etter to court re discovery dispute | | | | |
| 6/6/2019 | ADL | 0.00 | 1.50 | 0.00 | Billable |
| 11927 | Analysis | | | | |
| | Prepare for and attend discovery hearing with Judge Donato; telephone call to Laszlo Ladi re discovery; telephone call to Kristin Kemnitzer re status; email to Laszlo Ladi | | | | |
| 6/7/2019 | ADL | 0.00 | 2.50 | 0.00 | Billable |
| 11929 | Analysis | | | | |
| | Prepare for discovery conference; email to Laszlo Ladi | | | | |
| 6/10/2019 | ADL | 0.00 | 3.00 | 0.00 | Billable |
| 11930 | Analysis | | | | |
| | Prepare for and attend discovery conference in court | | | | |
| 6/10/2019 | ADL | 0.00 | 0.30 | 0.00 | Billable |
| 11931 | Analysis | | | | |
| | Review and comment on agreement to be filed with court | | | | |
| 6/12/2019 | ADL | 0.00 | 1.00 | 0.00 | Billable |
| 11936 | Analysis | | | | |
| | Review PMK deposition topics and revise | | | | |

12/6/2021
2:31 PM
Pre-bill Worksheet

**Page    10**

Nationstar.Class:Taquelia Washington Toland and Georgia Toland (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 6/17/2019 | ADL | 0.00 | 0.50 | 0.00 | Billable |
| 11944 | Analysis | | | | |
| | Review and comment on PMK deposition subject matters | | | | |
| 6/27/2019 | ADL | 0.00 | 0.20 | 0.00 | Billable |
| 11962 | Analysis | | | | |
| | Review and comment on deposition notice | | | | |
| 7/1/2019 | ADL | 0.00 | 0.50 | 0.00 | Billable |
| 11973 | Analysis | | | | |
| | Review PMK categories and defense concerns; email to Natalie Lyons | | | | |
| 7/9/2019 | ADL | 0.00 | 1.00 | 0.00 | Billable |
| 11984 | Analysis | | | | |
| | Preliminary review and analysis of supplemental discovery from defendants | | | | |
| 7/10/2019 | ADL | 0.00 | 1.00 | 0.00 | Billable |
| 11988 | Analysis | | | | |
| | Further review and analysis of defendants' data production; memos | | | | |
| 7/10/2019 | ADL | 0.00 | 1.00 | 0.00 | Billable |
| 11989 | Analysis | | | | |
| | File review re plaintiffs' depositions; email to clients | | | | |
| 7/10/2019 | ADL | 0.00 | 2.50 | 0.00 | **Billable** |
| 11990 | Analysis | | | | |
| | PMK deposition **preparation; legal research and records review** | | | | |
| 7/11/2019 | ADL | 0.00 | 7.00 | 0.00 | **Billable** |
| 11991 | Analysis | | | | |
| | Deposition preparation | | | | |
| 7/12/2019 | ADL | 0.00 | 1.00 | 0.00 | Billable |
| 11992 | Analysis | | | | |
| | Review and respond to emails from Natalie Lyons, including meet and confer re supp responses | | | | |
| 7/12/2019 | ADL | 0.00 | 4.00 | 0.00 | Billable |
| 11993 | Analysis | | | | |
| | Prepare for depositions | | | | |
| 7/15/2019 | ADL | 0.00 | 5.50 | 0.00 | **Billable** |
| 11994 | Analysis | | | | |
| | Prepare for depositions | | | | |

12/6/2021
2:31 PM                                     Pre-bill Worksheet                                    **Page    11**

Nationstar.Class:Taquelia Washington Toland and Georgia Toland (continued)

| Date | Timekeeper | Rate | Hours | Amount | Total |
|------|-----------|------|-------|--------|-------|
| ID | Task | Markup % | DNB Time | DNB Amt | |
| 7/15/2019 ADL | | 0.00 | 1.00 | 0.00 | Billable |
| 11995 | Analysis | | | | |
| | Review and respond to Laszlo Ladi's email re discovery compliance; email and conversations with Natalie Lyons | | | | |
| 7/16/2019 ADL | | 0.00 | 7.00 | 0.00 | **Billable** |
| 11996 | Analysis | | | | |
| | Prepare for depositions | | | | |
| 7/17/2019 ADL | | 0.00 | 4.00 | 0.00 | **Billable** |
| 11998 | Analysis | | | | |
| | Meeting with clients re depositions, followup with co-counsel | | | | |
| 7/17/2019 ADL | | 0.00 | 1.00 | 0.00 | **Billable** |
| 11999 | Analysis | | | | |
| | Prepare for depositions | | | | |
| 7/17/2019 ADL | | 0.00 | 1.00 | 0.00 | **Billable** |
| 12000 | Analysis | | | | |
| | Legal research re class certification | | | | |
| 7/19/2019 ADL | | **0.00** | 1.50 | 0.00 | **Billable** |
| 12002 | Analysis | | | | |
| | Review and prepare response to draft response to Laszlo Ladi's remail re discovery disputes; review comments from cocounsel and finish | | | | |
| 7/22/2019 ADL | | 0.00 | **5.50** | 0.00 | **Billable** |
| 12005 | Analysis | | | | |
| | Prepare for depositions | | | | |
| 7/23/2019 ADL | | 0.00 | 7.00 | 0.00 | **Billable** |
| 12006 | Analysis | | | | |
| | Travel to Dallas, prepare for depos | | | | |
| 7/24/2019 ADL | | **0.00** | 7.00 | 0.00 | **Billable** |
| 12007 | Analysis | | | | |
| | Prepare for and attend Veripro (Livingston deposition) | | | | |
| 7/25/2019 ADL | | 0.00 | 7.00 | 0.00 | **Billable** |
| 12008 | Analysis | | | | |
| | Prepare for and attend Nationstar (Loll) deposition; travel from Dallas to Oakland | | | | |
| 7/29/2019 ADL | | 0.00 | 2.00 | 0.00 | Billable |
| 12013 | Analysis | | | | |
| | Attention to new sets of document requests and interrogatories | | | | |

12/6/2021
2:31 PM                                    Pre-bill Worksheet                              **Page**    12

Nationstar.Class:Taquelia Washington Toland and Georgia Toland (continued)

| Date<br>ID | Timekeeper<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 7/29/2019<br>12014 | ADL<br>Analysis<br>Review file re discovery issues and email to defense counsel | 0.00 | 0.50 | 0.00 | Billable |
| 7/30/2019<br>12015 | ADL<br>Analysis<br>Draft net worth interrogatory | 0.00 | 0.30 | 0.00 | Billable |
| 7/30/2019<br>12016 | ADL<br>Analysis<br>Legal research re ascertainability | 0.00 | 1.00 | **0.00** | **Billable** |
| 7/31/2019<br>12023 | ADL<br>Analysis<br>Review data re class certification issues | 0.00 | 1.00 | 0.00 | Billable |
| 7/31/2019<br>12024 | ADL<br>Analysis<br>Legal research re standing | 0.00 | 0.70 | **0.00** | **Billable** |
| 8/2/2019<br>12035 | ADL<br>Analysis<br>Review email from Erik Kemp re discovery disputes; analysis; prepare for phone call | 0.00 | 0.30 | 0.00 | Billable |
| 8/2/2019<br>12037 | ADL<br>Analysis<br>Telephone call to Erik Kemp & Laszlo Ladi re document issues, memo to file | 0.00 | 0.30 | 0.00 | Billable |
| 8/2/2019<br>12039 | ADL<br>Analysis<br>Confirming email to Erik Kemp re discovery status | 0.00 | 0.20 | 0.00 | Billable |
| 8/6/2019<br>12043 | ADL<br>Analysis<br>Attention to class certification issues | 0.00 | 0.30 | **0.00** | **Billable** |
| 8/21/2019<br>12070 | ADL<br>Analysis<br>Prepare for and attend discovery conference call with defense counsel; followup email to cocounsel | 0.00 | 0.40 | 0.00 | Billable |
| 8/21/2019<br>12071 | ADL<br>Analysis<br>Email with Natalie Lyons re data | 0.00 | 0.20 | **0.00** | **Billable** |

12/6/2021
2:31 PM                                     Pre-bill Worksheet                                Page    13

Nationstar.Class:Taquelia Washington Toland and Georgia Toland (continued)

| Date | Timekeeper | Rate | Hours | Amount | Total |
|------|-----------|------|-------|--------|-------|
| ID | Task | Markup % | DNB Time | DNB Amt | |
| 8/22/2019 | ADL | 0.00 | 0.30 | 0.00 | Billable |
| 12075 | Analysis | | | | |
| | Meeting with Natalie Lyons re data | | | | |
| 8/27/2019 | ADL | 0.00 | 0.30 | 0.00 | Billable |
| 12082 | Analysis | | | | |
| | Telephone call to Mark Lonergan and Erik Kemp re mediiation, case schedule | | | | |
| 8/28/2019 | ADL | 0.00 | 0.30 | 0.00 | Billable |
| 12087 | Analysis | | | | |
| | Telephone call to Kristin Kemnitzer re case status, TBDs | | | | |
| 8/30/2019 | ADL | 0.00 | 0.50 | 0.00 | Billable |
| 12090 | Analysis | | | | |
| | Review and revise proposed continuance stipulation; research mediators | | | | |
| 9/2/2019 | ADL | 0.00 | 1.00 | 0.00 | Billable |
| 12091 | Analysis | | | | |
| | Attention to defendants' discovery responses | | | | |
| 9/3/2019 | ADL | 0.00 | 3.00 | 0.00 | Billable |
| 12092 | Analysis | | | | |
| | Attention to defendants' discovery responses | | | | |
| 9/4/2019 | ADL | 0.00 | 0.40 | 0.00 | Billable |
| 12103 | Analysis | | | | |
| | Telephone call to Evan Hendricks & followup | | | | |
| 9/4/2019 | ADL | 0.00 | 0.30 | 0.00 | Billable |
| 12104 | Analysis | | | | |
| | Collect documents for Mr. Hendricks; telephone call to Evan Hendricks & email | | | | |
| 9/4/2019 | ADL | 0.00 | 1.70 | 0.00 | Billable |
| 12105 | Analysis | | | | |
| | Attend discovery conference at Severson | | | | |
| 9/4/2019 | ADL | 0.00 | 0.50 | 0.00 | Billable |
| 12106 | Analysis | | | | |
| | Followup emails to Natalie Lyons and Kristin Kemnitzer, associated research | | | | |
| 9/5/2019 | ADL | 0.00 | 0.60 | 0.00 | Billable |
| 12112 | Analysis | | | | |
| | Review and reply to email from Erik Kemp re discovery disputes | | | | |

12/6/2021
2:31 PM                                   Pre-bill Worksheet                              **Page      14**

Nationstar.Class:Taquelia Washington Toland and Georgia Toland (continued)

| Date<br>ID | Timekeeper<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 9/5/2019<br>12113 | ADL<br>Analysis<br>Review and respond to Erik Kemp re calendar stip | 0.00 | 0.30 | 0.00 | Billable |
| 9/5/2019<br>12114 | ADL<br>Analysis<br>Revise discovery dispute letter to court | 0.00 | 2.50 | 0.00 | Billable |
| 9/6/2019<br>12115 | ADL<br>Analysis<br>Further revisions to discovery dispute letter to court | 0.00 | 2.00 | 0.00 | Billable |
| 9/6/2019<br>12116 | ADL<br>Analysis<br>Email with Mark Lonergen re net worth; review Nationstar 10-k | 0.00 | 0.50 | 0.00 | Billable |
| 9/6/2019<br>12117 | ADL<br>Analysis<br>Further attention to discovery dispute letter | 0.00 | 0.70 | 0.00 | Billable |
| 9/10/2019<br>12120 | ADL<br>Analysis<br>Review draft report from Evan Hendricks | 0.00 | 0.50 | 0.00 | Billable |
| 9/10/2019<br>12121 | ADL<br>Analysis<br>Telephone call to Kristin Kemnitzer re expert report and followup | 0.00 | 0.70 | 0.00 | Billable |
| 9/11/2019<br>12124 | ADL<br>Analysis<br>Consult with Evan Hendricks; attention to his expert report | 0.00 | 8.00 | 0.00 | Billable |
| 9/12/2019<br>12126 | ADL<br>Analysis<br>Legal research; Telephone call to Evan Hendricks | 0.00 | 0.50 | 0.00 | Billable |
| 9/12/2019<br>12128 | ADL<br>Analysis<br>Attention to expert report | 0.00 | 2.50 | 0.00 | Billable |
| 9/12/2019<br>12129 | ADL<br>Analysis<br>Conference with cocounsel re case calendar, tasks, mediation | 0.00 | 0.80 | 0.00 | Billable |
| 9/30/2019<br>12134 | ADL<br>Analysis<br>Attention to emails re rebuttal expert reports and depositions, settlement issues | 0.00 | 1.50 | 0.00 | Billable |

Nationstar.Class:Taquelia Washington Toland and Georgia Toland (continued)

| Date | Timekeeper | Rate | Hours | Amount | Total |
|---|---|---|---|---|---|
| ID | Task | Markup % | DNB Time | DNB Amt | |
| 10/1/2019 | ADL | 0.00 | 0.30 | 0.00 | Billable |
| | 12135 Analysis | | | | |
| | Review expert reports re rebuttals | | | | |
| 10/1/2019 | ADL | 0.00 | 0.50 | 0.00 | **Billable** |
| | 12136 Analysis | | | | |
| | Statutory analysis on remedial issues | | | | |
| 10/1/2019 | ADL | 0.00 | 1.20 | 0.00 | **Billable** |
| | 12141 Analysis | | | | |
| | Meeting with cocounsel re expert and settlement issues | | | | |
| 10/1/2019 | ADL | 0.00 | 0.40 | 0.00 | **Billable** |
| | 12142 Analysis | | | | |
| | Email to Mark Lonergan re settlement | | | | |
| 10/1/2019 | ADL | 0.00 | 2.00 | 0.00 | **Billable** |
| | 12146 Analysis | | | | |
| | Attention to Hendricks rebuttal report | | | | |
| 10/2/2019 | ADL | 0.00 | 2.50 | 0.00 | **Billable** |
| | 12151 Analysis | | | | |
| | Attention to settlement demand | | | | |
| 10/3/2019 | ADL | 0.00 | 0.30 | 0.00 | **Billable** |
| | 12153 Analysis | | | | |
| | Telephone call to Evan Hendricks re rebuttal report | | | | |
| 10/3/2019 | ADL | 0.00 | 1.50 | 0.00 | **Billable** |
| | 12154 Analysis | | | | |
| | Attention to settlement matrix | | | | |
| 10/3/2019 | ADL | 0.00 | 0.50 | 0.00 | **Billable** |
| | 12155 Analysis | | | | |
| | Telephone call to Kristin Kemnitzer re settlement matrix | | | | |
| 10/3/2019 | ADL | 0.00 | 1.00 | 0.00 | Billable |
| | 12156 Analysis | | | | |
| | Review data analysis of class member accounts; email to cocounsel | | | | |
| 10/4/2019 | ADL | 0.00 | 0.70 | 0.00 | Billable |
| | 12157 Analysis | | | | |
| | Conference call with co-counsel re settlement, data | | | | |
| 10/4/2019 | ADL | 0.00 | 0.40 | 0.00 | Billable |
| | 12158 Analysis | | | | |
| | Attention to settlement and data communications to opposing counsel | | | | |

12/6/2021
2:31 PM                              Pre-bill Worksheet                              Page    16

Nationstar.Class:Taquelia Washington Toland and Georgia Toland (continued)

| Date | Timekeeper | Rate | Hours | Amount | Total |
|------|-----------|------|-------|--------|-------|
| ID | Task | Markup % | DNB Time | DNB Amt | |
| 10/4/2019 | ADL | 0.00 | 0.30 | 0.00 | Billable |
| 12159 | Analysis | | | | |
| | Attention to expert rebuttal report and disclosure | | | | |
| 10/8/2019 | ADL | 0.00 | 0.20 | 0.00 | Billable |
| 12170 | Analysis | | | | |
| | Telephone call to Bryan Kemnitzer re case status | | | | |
| 10/8/2019 | ADL | 0.00 | 0.40 | 0.00 | Billable |
| 12173 | Analysis | | | | |
| | Conference call with cocounsel re settlement and case issues | | | | |
| 10/9/2019 | ADL | 0.00 | 0.50 | 0.00 | Billable |
| 12174 | Analysis | | | | |
| | Review Ulzheimer rebuttal report; prepare for call with Evan Hendricks | | | | |
| 10/10/2019 | ADL | 0.00 | 6.50 | 0.00 | Billable |
| 12176 | Analysis | | | | |
| | Prepare for Ulzheimer deposition | | | | |
| 10/11/2019 | ADL | 0.00 | 4.00 | 0.00 | Billable |
| 12177 | Analysis | | | | |
| | Attend Ulzheimer deposition | | | | |
| 10/11/2019 | ADL | 0.00 | 0.30 | 0.00 | Billable |
| 12180 | Analysis | | | | |
| | Telephone call to Bryan Kemnitzer re mediation statement | | | | |
| 10/11/2019 | ADL | 0.00 | 0.30 | 0.00 | Billable |
| 12181 | Analysis | | | | |
| | Legal research re CCRAA | | | | |
| 10/15/2019 | ADL | 0.00 | 0.30 | 0.00 | Billable |
| 12184 | Analysis | | | | |
| | Legal research re mediation | | | | |
| 10/17/2019 | ADL | 0.00 | 0.20 | 0.00 | Billable |
| 12187 | Analysis | | | | |
| | Telephone call to Kristin Kemnitzer re Hendricks deposition | | | | |
| 10/17/2019 | ADL | 0.00 | 5.00 | 0.00 | Billable |
| 12188 | Analysis | | | | |
| | Review and revise mediation statement; associated legal research | | | | |
| 10/18/2019 | ADL | 0.00 | 1.50 | 0.00 | Billable |
| 12189 | Analysis | | | | |
| | Further attention to mediation statement; additional legal research | | | | |

12/6/2021
2:31 PM                              Pre-bill Worksheet                              **Page**    17

Nationstar.Class:Taquelia Washington Toland and Georgia Toland (continued)

| Date | Timekeeper | Rate | Hours | Amount | Total |
|------|-----------|------|-------|--------|-------|
| ID | Task | Markup % | DNB Time | DNB Amt | |
| 10/18/2019 | ADL | 0.00 | 0.70 | 0.00 | Billable |
| | 12190 Analysis | | | | |
| | Comment on objections to subpoena to Evan Hendricks | | | | |
| 10/21/2019 | ADL | 0.00 | 0.30 | 0.00 | **Billable** |
| | 12192 Analysis | | | | |
| | Telephone call to Bryan Kemnitzer re mediation | | | | |
| 10/21/2019 | ADL | 0.00 | 1.50 | 0.00 | **Billable** |
| | 12193 Analysis | | | | |
| | Prepare for Evan Hendricks deposition | | | | |
| 10/22/2019 | ADL | 0.00 | 1.50 | 0.00 | **Billable** |
| | 12196 Analysis | | | | |
| | Telephone call to Evan Hendricks and Kristin Kemnitzer re deposition preparation | | | | |
| 10/23/2019 | ADL | 0.00 | 0.20 | 0.00 | **Billable** |
| | 12200 Analysis | | | | |
| | Review document lists from Evan Hendricks; related emails | | | | |
| 10/23/2019 | ADL | 0.00 | 0.20 | 0.00 | Billable |
| | 12201 Analysis | | | | |
| | Telephone call to Evan Hendricks re deposition and related email | | | | |
| 10/24/2019 | ADL | 0.00 | 3.00 | 0.00 | Billable |
| | 12204 Analysis | | | | |
| | Prepare for mediation | | | | |
| 10/24/2019 | ADL | 0.00 | 1.00 | 0.00 | Billable |
| | 12205 Analysis | | | | |
| | Legal research re defense credit reporting cases | | | | |
| 10/25/2019 | ADL | 0.00 | 8.00 | 0.00 | **Billable** |
| | 12206 Analysis | | | | |
| | Attend mediation | | | | |
| 10/30/2019 | ADL | 0.00 | 0.70 | 0.00 | Billable |
| | 12212 Analysis | | | | |
| | Review and comment on class certification outline; email to Natalie Lyons re class certification motion | | | | |
| 10/30/2019 | ADL | 0.00 | 0.30 | 0.00 | Billable |
| | 12213 Analysis | | | | |
| | Class certification preparation; review standing orders | | | | |

12/6/2021
2:31 PM                                    Pre-bill Worksheet                              **Page      18**

Nationstar.Class:Taquelia Washington Toland and Georgia Toland (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---------|-----------------|---------------|----------------|----------------|-------|
| 10/30/2019 | ADL | 0.00 | 2.50 | 0.00 | Billable |
| 12215 | Analysis | | | | |
| | Legal research re class certification motion | | | | |
| 11/5/2019 | ADL | 0.00 | **0.30** | 0.00 | **Billable** |
| 12222 | Analysis | | | | |
| | Telephone call to Bryan Kemnitzer; email to Judge Hernandez re defense settlement proposal | | | | |
| 11/5/2019 | ADL | 0.00 | 3.00 | 0.00 | **Billable** |
| 12225 | Analysis | | | | |
| | Legal research re class cert | | | | |
| 11/6/2019 | ADL | 0.00 | 0.80 | 0.00 | Billable |
| 12226 | Analysis | | | | |
| | Review class certification motion draft; meeting with Natalie Lyons & followup | | | | |
| 11/6/2019 | ADL | 0.00 | 0.50 | 0.00 | Billable |
| 12227 | Analysis | | | | |
| | Prepare for discovery hearing | | | | |
| 11/6/2019 | ADL | 0.00 | 1.50 | **0.00** | **Billable** |
| 12228 | Analysis | | | | |
| | Attention to class certification motion | | | | |
| 11/7/2019 | ADL | 0.00 | 2.50 | 0.00 | Billable |
| 12229 | Analysis | | | | |
| | Attend hearing on scheduling and discovery letter | | | | |
| 11/8/2019 | ADL | 0.00 | 0.30 | 0.00 | Billable |
| 12230 | Analysis | | | | |
| | Email to Erik Kemp re supplemental data production | | | | |
| 11/21/2019 | ADL | 0.00 | 1.00 | 0.00 | Billable |
| 12236 | Analysis | | | | |
| | Review and comment on letter to Judge Hernandez | | | | |
| 12/2/2019 | ADL | 0.00 | 1.50 | 0.00 | Billable |
| 12238 | Analysis | | | | |
| | Review McCoy settlement and application papers | | | | |
| 12/3/2019 | ADL | 0.00 | 3.00 | 0.00 | Billable |
| 12245 | Analysis | | | | |
| | Meeting with Natalie Lyons re objections, further attention to McCoy filings, legal research re class settlement approval | | | | |

Pre-bill Worksheet

Nationstar.Class:Taquelia Washington Toland and Georgia Toland (continued)

| Date<br>ID | Timekeeper<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 12/3/2019<br>12246 | ADL<br>Analysis<br>Conference call with co-counsel re McCoy objections | 0.00 | 0.70 | 0.00 | Billable |
| 12/5/2019<br>12248 | ADL<br>Analysis<br>Telephone call to with Bryan and Kristin Kemnitzer re MCoy case | 0.00 | 0.40 | 0.00 | Billable |
| 12/5/2019<br>12249 | ADL<br>Analysis<br>Attention to discovery issues, emails with Erik Kemp; telcon with Evan<br>Hendricks | 0.00 | 0.50 | 0.00 | Billable |
| 12/5/2019<br>12250 | ADL<br>Analysis<br>Legal research re settlement objections | 0.00 | 0.50 | 0.00 | Billable |
| 12/5/2019<br>12252 | ADL<br>Analysis<br>Legal research re release issues | 0.00 | 1.00 | 0.00 | Billable |
| 12/5/2019<br>12253 | ADL<br>Analysis<br>Review memo re McCoy objections | 0.00 | 0.30 | 0.00 | Billable |
| 12/5/2019<br>12256 | ADL<br>Analysis<br>Legal research re settlement approval issues | 0.00 | 1.00 | 0.00 | Billable |
| 12/6/2019<br>12254 | ADL<br>Analysis<br>Telephone call to clients re status | 0.00 | 0.30 | 0.00 | Billable |
| 12/6/2019<br>12255 | ADL<br>Analysis<br>Conference call with co-counsel re objections | 0.00 | 0.70 | 0.00 | Billable |
| 12/6/2019<br>12257 | ADL<br>Analysis<br>Prepare notice of pendency of McCoy case | 0.00 | 1.20 | 0.00 | Billable |
| 12/7/2019<br>12259 | ADL<br>Analysis<br>Attention to settlement objections | 0.00 | 1.00 | 0.00 | Billable |
| 12/8/2019<br>12261 | ADL<br>Analysis<br>Review and comment on objections list | 0.00 | 0.70 | 0.00 | Billable |

12/6/2021
2:31 PM                                Pre-bill Worksheet                          Page    20

Nationstar.Class:Taquelia Washington Toland and Georgia Toland (continued)

| Date | Timekeeper | Rate | Hours | Amount | Total |
|------|-----------|------|-------|--------|-------|
| ID   | Task      | Markup % | DNB Time | DNB Amt | |
| 12/9/2019 ADL | | 0.00 | 1.50 | 0.00 | Billable |
| 12264 | Analysis | | | | |
| | Legal research re objections | | | | |
| 12/9/2019 ADL | | 0.00 | 0.30 | 0.00 | Billable |
| 12265 | Analysis | | | | |
| | Telephone calls to cocounsel re McCoy status | | | | |
| 12/9/2019 ADL | | 0.00 | 2.50 | 0.00 | Billable |
| 12267 | Analysis | | | | |
| | Draft settlement objections | | | | |
| 12/10/2019 ADL | | 0.00 | 4.00 | 0.00 | Billable |
| 12266 | Analysis | | | | |
| | Draft settlement objections | | | | |
| 12/10/2019 ADL | | 0.00 | 0.60 | 0.00 | Billable |
| 12268 | Analysis | | | | |
| | Attend Hendricks deposition by telephone; brief followup with Mr. Hendricks | | | | |
| 12/10/2019 ADL | | 0.00 | 2.00 | 0.00 | Billable |
| 12269 | Analysis | | | | |
| | Further review of draft and editing re McCoy objections | | | | |
| 12/11/2019 ADL | | 0.00 | 3.00 | 0.00 | Billable |
| 12270 | Analysis | | | | |
| | Further review of draft and editing re McCoy objections | | | | |
| 12/11/2019 ADL | | 0.00 | 0.20 | 0.00 | Billable |
| 12271 | Analysis | | | | |
| | Review and editing of Notice of Pendency of McCoy case | | | | |
| 12/11/2019 ADL | | 0.00 | 1.50 | 0.00 | Billable |
| 12272 | Analysis | | | | |
| | Prepare declarations in support of objections | | | | |
| 12/11/2019 ADL | | 0.00 | 0.50 | 0.00 | Billable |
| 12273 | Analysis | | | | |
| | Telephone call to Kristin Kemnitzer re objections | | | | |
| 12/12/2019 ADL | | 0.00 | 0.30 | 0.00 | Billable |
| 12274 | Analysis | | | | |
| | Telephone call to Bryan and Kristin Kemnitzer re objections | | | | |
| 12/12/2019 ADL | | 0.00 | 0.20 | 0.00 | Billable |
| 12275 | Analysis | | | | |
| | Telephone call to Jason Saccuzzo re objections | | | | |

Nationstar.Class:Taquelia Washington Toland and Georgia Toland (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---------|-----------------|---------------|----------------|----------------|-------|
| 12/12/2019 | ADL | 0.00 | 4.00 | 0.00 | Billable |
| 12277 | Analysis | | | | |
| | Attention to objections and supporting declarations | | | | |
| 12/13/2019 | ADL | 0.00 | 2.00 | 0.00 | Billable |
| 12281 | Analysis | | | | |
| | Finish objections and supporting motion, proof for filing | | | | |
| 12/18/2019 | ADL | 0.00 | 0.30 | 0.00 | Billable |
| 12283 | Analysis | | | | |
| | Prepare notice of appearance re McCoy | | | | |
| 12/18/2019 | ADL | 0.00 | 0.20 | 0.00 | Billable |
| 12284 | Analysis | | | | |
| | Telephone call to Kristin Kemnitzer re McCoy appearance and MSC | | | | |
| 12/19/2019 | ADL | 0.00 | 0.30 | 0.00 | Billable |
| 12289 | Analysis | | | | |
| | Meeting with Natalie Lyons re class certification motion | | | | |
| 12/28/2019 | ADL | 0.00 | 2.00 | 0.00 | Billable |
| 12303 | Analysis | | | | |
| | Draft class certification motion | | | | |
| 1/3/2020 | ADL | 0.00 | 5.00 | 0.00 | Billable |
| 12304 | Analysis | | | | |
| | Draft class certification motion | | | | |
| 1/3/2020 | ADL | 0.00 | 0.00 | 0.00 | Billable |
| 12305 | Analysis | | | | |
| | Draft class certification motion | | | | |
| 1/4/2020 | ADL | 0.00 | 5.00 | 0.00 | Billable |
| 12306 | Analysis | | | | |
| | Draft class certification motion | | | | |
| 1/5/2020 | ADL | 0.00 | 3.50 | 0.00 | Billable |
| 12307 | Analysis | | | | |
| | Draft class certification motion | | | | |
| 1/7/2020 | ADL | 0.00 | 1.00 | 0.00 | Billable |
| 12321 | Analysis | | | | |
| | Review depositions, exhibits to support class certification motion | | | | |
| 1/7/2020 | ADL | 0.00 | 0.70 | 0.00 | Billable |
| 12322 | Analysis | | | | |
| | Legal research ISO class cert | | | | |

12/6/2021
2:31 PM

Pre-bill Worksheet

Page     22

Nationstar.Class:Taquelia Washington Toland and Georgia Toland (continued)

| Date | Timekeeper | Rate | Hours | Amount | Total |
|---|---|---|---|---|---|
| ID | Task | Markup % | DNB Time | DNB Amt | |
| 1/8/2020 | ADL | 0.00 | 7.00 | 0.00 | Billable |
| 12325 | Analysis | | | | |
| | Class certification drafting | | | | |
| 1/9/2020 | ADL | 0.00 | 2.50 | 0.00 | Billable |
| 12326 | Analysis | | | | |
| | Class certification drafting | | | | |
| 1/9/2020 | ADL | 0.00 | 1.50 | 0.00 | Billable |
| 12329 | Analysis | | | | |
| | Attention to record cites ISO class certification motion | | | | |
| 1/11/2020 | ADL | 0.00 | 5.00 | 0.00 | Billable |
| 12331 | Analysis | | | | |
| | Draft class certification motion and prepare supporting documents | | | | |
| 1/12/2020 | ADL | 0.00 | 7.00 | 0.00 | Billable |
| 12332 | Analysis | | | | |
| | Draft class certification motion and prepare supporting documents | | | | |
| 1/13/2020 | ADL | 0.00 | 8.00 | 0.00 | Billable |
| 12333 | Analysis | | | | |
| | Attend to class certification filing | | | | |
| 1/14/2020 | ADL | 0.00 | 4.00 | 0.00 | Billable |
| 12334 | Analysis | | | | |
| | Draft class certification motion and prepare supporting documents | | | | |
| 1/16/2020 | ADL | 0.00 | 0.50 | 0.00 | Billable |
| 12340 | Analysis | | | | |
| | Telephone call to Bryan and Kristen Kemnitzer re objections | | | | |
| 1/20/2020 | ADL | 0.00 | 0.80 | 0.00 | Billable |
| 12343 | Analysis | | | | |
| | Review McCoy motion for final approval and fees | | | | |
| 1/22/2020 | ADL | 0.00 | 0.30 | 0.00 | Billable |
| 12346 | Analysis | | | | |
| | Review and comment on meet and confer letter re McCoy | | | | |
| 1/22/2020 | ADL | 0.00 | 4.50 | 0.00 | Billable |
| 12347 | Analysis | | | | |
| | Review and comment on response draft to motion for final approval | | | | |
| 1/23/2020 | ADL | 0.00 | 0.50 | 0.00 | Billable |
| 12351 | Analysis | | | | |
| | Further attention to opposition to final approval motion, emails and phone calls with cocounsel | | | | |

12/6/2021
2:31 PM                                Pre-bill Worksheet                              **Page**   23

Nationstar.Class:Taquelia Washington Toland and Georgia Toland (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 1/27/2020 | ADL | 0.00 | 0.40 | 0.00 | Do Not Bill |
| 12360 | Analysis | | 0.40 | | |
| | Conference call with Magistrate Judge Ryu re MSC | | | | |
| 1/27/2020 | ADL | 0.00 | 0.20 | 0.00 | Billable |
| 12366 | Analysis | | | | |
| | Review and calendar Mandatory Settlement Conference Order | | | | |
| 2/10/2020 | ADL | 0.00 | 1.50 | **0.00** | **Billable** |
| 12397 | Analysis | | | | |
| | Review and analyze responses to Toland objections | | | | |
| 2/11/2020 | ADL | 0.00 | 1.30 | 0.00 | Billable |
| 12398 | Analysis | | | | |
| | Further attention to party briefs in support of McCoy settlement; memo to Kristin Kemnitzer re hearing | | | | |
| 2/12/2020 | ADL | 0.00 | 0.80 | 0.00 | Billable |
| 12399 | Analysis | | | | |
| | Telephone call to Kristin Kemnitzer re McCoy settlement argument | | | | |
| 2/13/2020 | ADL | 0.00 | 0.50 | 0.00 | Billable |
| 12401 | Analysis | | | | |
| | Prepare for McCoy hearing | | | | |
| 2/14/2020 | ADL | 0.00 | 8.00 | 0.00 | Billable |
| 12402 | Analysis | | | | |
| | Travel to San Diego; attend McCoy final approval hearing; consults with Kristin Kemnitzer | | | | |
| 2/18/2020 | ADL | 0.00 | 4.50 | 0.00 | Billable |
| 12404 | Analysis | | | | |
| | Review opposition to class certification motion; legal research | | | | |
| 2/19/2020 | ADL | 0.00 | 6.00 | 0.00 | Billable |
| 12405 | Analysis | | | | |
| | Draft reply ISO class certification and associated legal research and analysis | | | | |
| 2/20/2020 | ADL | 0.00 | 7.00 | 0.00 | Billable |
| 12407 | Analysis | | | | |
| | Draft reply ISO class certification and associated legal research and analysis | | | | |
| 2/20/2020 | ADL | 0.00 | 4.50 | 0.00 | Billable |
| 12408 | Analysis | | | | |
| | Draft reply ISO class certification and associated legal research and analysis | | | | |

12/6/2021
2:31 PM                                      Pre-bill Worksheet                                      **Page**    24

Nationstar.Class:Taquelia Washington Toland and Georgia Toland (continued)

| Date | Timekeeper | Rate | Hours | Amount | Total |
|---|---|---|---|---|---|
| ID | Task | Markup % | DNB Time | DNB Amt | |
| 2/23/2020 | ADL | 0.00 | 8.00 | 0.00 | Billable |
| 12409 | Analysis | | | | |
| | Draft reply ISO class certification motion | | | | |
| 2/24/2020 | ADL | 0.00 | **7.00** | **0.00** | **Billable** |
| 12411 | Analysis | | | | |
| | Draft reply ISO class cert | | | | |
| 2/24/2020 | ADL | 0.00 | **5.00** | **0.00** | **Billable** |
| 12415 | Analysis | | | | |
| | Finish reply ISO class cert | | | | |
| 3/17/2020 | ADL | 0.00 | 0.20 | **0.00** | **Billable** |
| 12461 | Analysis | | | | |
| | Attention to change of hearing date | | | | |
| 3/25/2020 | ADL | 0.00 | 0.30 | 0.00 | Billable |
| 12472 | Analysis | | | | |
| | Email with Erik Kemp re hearing date; prepare stip and order | | | | |
| 3/30/2020 | ADL | 0.00 | 0.40 | 0.00 | Billable |
| 12478 | Analysis | | | | |
| | Review Order approving McCoy settlement & related email | | | | |
| 3/30/2020 | ADL | 0.00 | **0.30** | **0.00** | **Billable** |
| 12479 | Analysis | | | | |
| | Review Walker decision | | | | |
| 4/2/2020 | ADL | 0.00 | 0.20 | **0.00** | **Billable** |
| 12482 | Analysis | | | | |
| | Attention to email re case status | | | | |
| 4/10/2020 | ADL | 0.00 | 0.40 | 0.00 | Billable |
| 12487 | Analysis | | | | |
| | Attention to scheduling stip; emails with cocounsel | | | | |
| 4/15/2020 | ADL | 0.00 | 2.00 | 0.00 | Billable |
| 12488 | Analysis | | | | |
| | Review McCoy approval order and draft response | | | | |
| 4/15/2020 | ADL | 0.00 | **0.30** | **0.00** | **Billable** |
| 12489 | Analysis | | | | |
| | Review proposed letter to MJ Ryu and comment | | | | |
| 4/21/2020 | ADL | 0.00 | 0.70 | **0.00** | **Billable** |
| 12494 | Analysis | | | | |
| | Review defense motions, emails with cocounsel; attention to briefing schedule | | | | |

12/6/2021
2:31 PM                                 Pre-bill Worksheet                                Page    25

Nationstar.Class:Taquelia Washington Toland and Georgia Toland (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 4/22/2020 | ADL | 0.00 | 2.00 | 0.00 | Billable |
| 12499 | Analysis | | | | |
| | Review and analyze summary judgment motion; confer with cocounsel | | | | |
| 4/22/2020 | ADL | 0.00 | 0.40 | 0.00 | Billable |
| 12500 | Analysis | | | | |
| | Attention to briefing stip and order | | | | |
| 4/26/2020 | ADL | 0.00 | 2.50 | 0.00 | Billable |
| 12506 | Analysis | | | | |
| | Legal research and drafting re opposition to MSJ | | | | |
| 4/27/2020 | ADL | 0.00 | 0.30 | 0.00 | Billable |
| 12507 | Analysis | | | | |
| | Legal research and drafting re opposition to MSJ | | | | |
| 4/27/2020 | ADL | 0.00 | 2.00 | 0.00 | Billable |
| 12512 | Analysis | | | | |
| | Deposition review and capture re Livingston testimony | | | | |
| 4/28/2020 | ADL | 0.00 | 2.00 | 0.00 | Billable |
| 12513 | Analysis | | | | |
| | Deposition review and capture re Loll testimony | | | | |
| 4/28/2020 | ADL | 0.00 | 3.50 | 0.00 | Billable |
| 12515 | Analysis | | | | |
| | Draft  opposition to MSJ | | | | |
| 4/29/2020 | ADL | 0.00 | 0.30 | 0.00 | Billable |
| 12517 | Analysis | | | | |
| | Attention to scheduling, emails | | | | |
| 4/29/2020 | ADL | 0.00 | 3.00 | 0.00 | Billable |
| 12518 | Analysis | | | | |
| | Draft opposition to MSJ | | | | |
| 5/4/2020 | ADL | 0.00 | 0.40 | 0.00 | Billable |
| 12450 | Analysis | | | | |
| | Conference call with Judge  Ryu re MSC | | | | |
| 5/27/2020 | ADL | 0.00 | 4.00 | 0.00 | Billable |
| 12529 | Analysis | | | | |
| | Draft opposition to MSJ | | | | |
| 5/29/2020 | ADL | 0.00 | 4.00 | 0.00 | Billable |
| 12530 | Analysis | | | | |
| | Draft opposition to MSJ | | | | |

Nationstar.Class:Taquelia Washington Toland and Georgia Toland (continued)

| Date ID | Timekeeper<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 5/30/2020 | ADL | 0.00 | 7.00 | 0.00 | Billable |
| 12532 | Analysis | | | | |
| | Draft opposition to MSJ | | | | |
| 5/31/2020 | ADL | 0.00 | 3.00 | 0.00 | Billable |
| 12533 | Analysis | | | | |
| | Draft opposition to exclusion motion, research | | | | |
| 6/1/2020 | ADL | 0.00 | 3.00 | 0.00 | Billable |
| 12534 | Analysis | | | | |
| | Draft opposition to exclusion motion, research | | | | |
| 6/1/2020 | ADL | 0.00 | 7.00 | 0.00 | Billable |
| 12535 | Analysis | | | | |
| | Draft opposition to MSJ | | | | |
| 6/2/2020 | ADL | 0.00 | 3.00 | 0.00 | Billable |
| 12536 | Analysis | | | | |
| | Draft opposition to exclusion motion, research | | | | |
| 6/2/2020 | ADL | 0.00 | **1.00** | 0.00 | **Billable** |
| 12537 | Analysis | | | | |
| | Conference call with cocounsel, emails re MSJ | | | | |
| 6/3/2020 | ADL | 0.00 | 7.00 | 0.00 | Billable |
| 12538 | Analysis | | | | |
| | Draft opposition to exclusion motion, research | | | | |
| 6/4/2020 | ADL | 0.00 | 5.00 | 0.00 | Billable |
| 12539 | Analysis | | | | |
| | Draft opposition to exclusion motion, research | | | | |
| 6/5/2020 | ADL | 0.00 | 7.00 | **0.00** | **Billable** |
| 12541 | Analysis | | | | |
| | Further drafting and assembly of opp to MSJ | | | | |
| 6/6/2020 | ADL | 0.00 | **5.00** | **0.00** | **Billable** |
| 12542 | Analysis | | | | |
| | Drafting of oppositions to MSJ and motion to exclude | | | | |
| 6/8/2020 | ADL | 0.00 | **3.50** | **0.00** | **Billable** |
| 12543 | Analysis | | | | |
| | Finalize motion oppositions | | | | |
| 6/18/2020 | ADL | 0.00 | 0.60 | 0.00 | Billable |
| 12555 | Analysis | | | | |
| | Review revised settlement matrix; emails with Natalie Lyons | | | | |

Nationstar.Class:Taquelia Washington Toland and Georgia Toland (continued)

| Date ID | Timekeeper<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 6/18/2020 | ADL | 0.00 | 0.20 | 0.00 | Billable |
| 12556 | Analysis | | | | |
| | Review MSC order | | | | |
| 7/9/2020 | ADL | 0.00 | 0.90 | 0.00 | Billable |
| 12576 | Analysis | | | | |
| | Conference call with co-counsel re settlement conference | | | | |
| 7/13/2020 | ADL | 0.00 | **3.50** | **0.00** | **Billable** |
| 12577 | Analysis | | | | |
| | Attention to MSC brief filings | | | | |
| 7/13/2020 | ADL | 0.00 | 3.50 | 0.00 | Do Not Bill |
| 12578 | Analysis | | 3.50 | | |
| | Attention to MSC brief filings | | | | |
| 7/14/2020 | ADL | 0.00 | 3.50 | 0.00 | Billable |
| 12579 | Analysis | | | | |
| | Further attention to mediation statements | | | | |
| 7/14/2020 | ADL | 0.00 | 3.50 | 0.00 | Billable |
| 12580 | Analysis | | | | |
| | Further attention to mediation statements | | | | |
| 7/15/2020 | ADL | 0.00 | 0.50 | 0.00 | Billable |
| 12581 | Analysis | | | | |
| | Review reply briefs in support of motions for summary judgment and exclusion | | | | |
| 7/27/2020 | ADL | 0.00 | 4.50 | 0.00 | **Billable** |
| 12582 | Analysis | | | | |
| | Prepare for and appear at MSC | | | | |
| 7/28/2020 | ADL | 0.00 | **0.50** | **0.00** | **Billable** |
| 12583 | Analysis | | | | |
| | Revise motion continuance stip | | | | |
| 8/3/2020 | ADL | 0.00 | **0.50** | **0.00** | **Billable** |
| 12660 | Analysis | | | | |
| | Attention to fee demand, settlement | | | | |
| 8/5/2020 | ADL | 0.00 | 1.00 | 0.00 | Billable |
| 12667 | Analysis | | | | |
| | Attention to credit reporting requirements; email to Erik Kemp | | | | |
| 8/17/2020 | ADL | 0.00 | 0.60 | **0.00** | **Billable** |
| 12695 | Analysis | | | | |
| | Legal research re vicarious liability | | | | |

12/6/2021
2:31 PM                                      Pre-bill Worksheet                              Page      28

Nationstar.Class:Taquelia Washington Toland and Georgia Toland (continued)

| Date<br>ID | Timekeeper<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 8/18/2020 | ADL | 0.00 | 1.50 | 0.00 | Billable |
| 12689 | Analysis | | | | |
| | Review and edit mediation matrix re identification issues and credit reporting | | | | |
| 8/21/2020 | ADL | 0.00 | 0.30 | 0.00 | Billable |
| 12706 | Analysis | | | | |
| | Attention to status report | | | | |
| 8/24/2020 | ADL | 0.00 | 0.30 | 0.00 | Billable |
| 12709 | Analysis | | | | |
| | Telephone call to Kristin Kemnitzer and settlement conference prep | | | | |
| 8/25/2020 | ADL | 0.00 | 4.00 | 0.00 | Billable |
| 12712 | Analysis | | | | |
| | Attend settlement conference & followup with Kristin and clients | | | | |
| 9/22/2020 | ADL | 0.00 | 0.30 | 0.00 | Billable |
| 12731 | Analysis | | | | |
| | Attention to administrator proposals | | | | |
| 9/29/2020 | ADL | 0.00 | 0.50 | 0.00 | Billable |
| 12745 | Analysis | | | | |
| | Attention to administrator estimates | | | | |
| 9/29/2020 | ADL | 0.00 | 3.00 | 0.00 | Billable |
| 12746 | Analysis | | | | |
| | Attention to settlement agreement | | | | |
| 9/30/2020 | ADL | 0.00 | 3.50 | 0.00 | Billable |
| 12751 | Analysis | | | | |
| | Attention to settlement agreement | | | | |
| 10/1/2020 | ADL | 0.00 | 3.00 | 0.00 | Billable |
| 12753 | Analysis | | | | |
| | Review and edit class notice | | | | |
| 10/2/2020 | ADL | 0.00 | 1.50 | 0.00 | Billable |
| 12754 | Analysis | | | | |
| | Further attention to class notice and claim form | | | | |
| 10/31/2020 | ADL | 0.00 | 0.50 | 0.00 | Billable |
| 12796 | Analysis | | | | |
| | Review and revise class notice | | | | |
| 11/2/2020 | ADL | 0.00 | 0.50 | 0.00 | Billable |
| 12817 | Analysis | | | | |
| | Review and revise prelim and final approval orders | | | | |

Nationstar.Class:Taquelia Washington Toland and Georgia Toland (continued)

| Date<br>ID | Timekeeper<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 11/25/2020 | ADL | 0.00 | 0.20 | 0.00 | Billable |
| | 12832 Analysis | | | | |
| | Telcon with Kristin Kemnitzer re settlement agreement, preliminary approval | | | | |
| 12/13/2020 | ADL | 0.00 | 0.40 | 0.00 | Billable |
| | 12849 Analysis | | | | |
| | Review and comment on settlement draft | | | | |
| 1/3/2021 | ADL | 0.00 | 6.50 | 0.00 | Billable |
| | 12884 Analysis | | | | |
| | Review and edit preliminary approval motion | | | | |
| 1/4/2021 | ADL | 0.00 | 1.50 | 0.00 | Billable |
| | 12885 Analysis | | | | |
| | Draft dec ISO preliminary approval | | | | |
| 1/8/2021 | ADL | 0.00 | 0.30 | 0.00 | Billable |
| | 12892 Analysis | | | | |
| | Attention to preliminary approval motion | | | | |
| 1/11/2021 | ADL | 0.00 | 0.30 | 0.00 | Billable |
| | 12894 Analysis | | | | |
| | Draft stip to shorten time, including local rule research | | | | |
| 1/12/2021 | ADL | 0.00 | 0.50 | 0.00 | Billable |
| | 12897 Analysis | | | | |
| | Research Banks response rate and revise declaration | | | | |
| 4/2/2021 | ADL | 0.00 | 0.80 | 0.00 | Billable |
| | 13029 Analysis | | | | |
| | Conference call re preliminary approval prep | | | | |
| 4/28/2021 | ADL | 0.00 | 2.50 | 0.00 | Billable |
| | 13047 Analysis | | | | |
| | Attention to claim form, notice, and credit reporting response | | | | |
| 5/11/2021 | ADL | 0.00 | 0.30 | 0.00 | Billable |
| | 13055 Analysis | | | | |
| | Review and comment on joint statement | | | | |
| 5/11/2021 | ADL | 0.00 | 0.50 | 0.00 | Billable |
| | 13056 Analysis | | | | |
| | Conference call with Severson and followup | | | | |
| 5/12/2021 | ADL | 0.00 | 1.00 | 0.00 | Billable |
| | 13060 Analysis | | | | |
| | Attention to revisions to settlement to address the Court's concerns | | | | |

Nationstar.Class:Taquelia Washington Toland and Georgia Toland (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 5/14/2021 13066 | ADL Analysis Attention to joint statement, emails with cocounsel | 0.00 | 0.50 | 0.00 | Billable |
| 8/12/2021 13142 | ADL Analysis Telcon with Kristin Kemnitzer re settlement; legal research; email to Kristin re settlement | 0.00 | 1.50 | 0.00 | Billable |
| 8/13/2021 13143 | ADL Analysis Further attention to settlement; legal research and cocounsel emails | 0.00 | 1.00 | 0.00 | Billable |
| 10/21/2021 13213 | ADL Analysis Review and edit revised preliminary approval order | 0.00 | 0.50 | 0.00 | Billable |
| 10/25/2021 13217 | ADL Analysis Review and comment on revisions to PAO | 0.00 | 0.30 | 0.00 | Billable |
| 10/29/2021 13221 | ADL Analysis Emails to defense counsel and JND re status | 0.00 | 0.30 | 0.00 | Billable |
| TOTAL | Billable Fees | | 555.80 | | $0.00 |

| Date ID | Timekeeper Expense | Price Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 3/29/2018 12198 | Expense Experts Philip Stark fee (1/2 paid to Kemnnitzer firm) | 4950.00 | 1.000 | 4,950.00 | Billable |
| 8/1/2018 11605 | Expense In-HouseCopying In-house copying charges for August 2018 (08/01/18-09/03/18) | 0.20 | 38.000 | 7.60 | Billable |
| 10/1/2018 11670 | Expense In-HouseCopying In-house copying charges for October 2018 (10/01/18- 10/31/18) | 0.20 | 18.000 | 3.60 | Billable |
| 11/1/2018 11705 | Expense In-HouseCopying In-house copying charges for November 2018 (11/01/18- 11/30/18) | 0.20 | 61.000 | 12.20 | Billable |

Nationstar.Class:Taquelia Washington Toland and Georgia Toland (continued)

| Date ID | Timekeeper Expense | Price Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 12/1/2018 11728 | Expense In-HouseCopying In-house copying charges for December 2018 (12/01/18- 01/01/19) | 0.20 | 61.000 | 12.20 | Billable |
| 1/2/2019 11759 | Expense In-HouseCopying In-house copying charges for January 2019 (01/02/19-01/31/19) | 0.20 | 186.000 | 37.20 | Billable |
| 2/1/2019 11795 | Expense In-HouseCopying In-house copying charges for February 2019 (02/01/19-02/28/19) | 0.20 | 124.000 | 24.80 | Billable |
| 4/9/2019 11863 | ADL Court Fees Courtcall appearance fee for Discovery Conference | 30.00 | 1.000 | 30.00 | Billable |
| 6/4/2019 11966 | ADL In-HouseCopying In-house copying charges for June 2019 (06/04/19- 06/30/19) | 0.20 | 127.000 | 25.40 | Billable |
| 6/6/2019 11977 | Expense Other Expense Courtcall for discovery hearign before Judge Donato | 30.00 | 1.000 | 30.00 | Billable |
| 7/1/2019 12027 | ADL In-HouseCopying In-house copying charges for July 2019 (07/01/19- 07/31/19) | 0.20 | 2065.000 | 413.00 | Billable |
| 7/19/2019 12004 | ADL FedEx/Postage UPS charges for sending deposition exhibits to Dallas | 171.33 | 1.000 | 171.33 | Billable |
| 7/23/2019 12010 | ADL Travel Cab fare from Dallas airport to hotel | 30.00 | 1.000 | 30.00 | Billable |
| 7/25/2019 12011 | ADL Travel Cab fare from hotel to Dallas airport | 30.00 | 1.000 | 30.00 | Billable |
| 7/25/2019 12095 | ADL Travel Hotel Indigo, Dallas, for PMK depositions | 385.46 | 1.000 | 385.46 | Billable |
| 8/26/2019 12077 | ADL DepoTranscript Loll Deposition Transcript | 1577.10 | 1.000 | 1,577.10 | Billable |

Nationstar.Class:Taquelia Washington Toland and Georgia Toland (continued)

| Date<br>ID | Timekeeper<br>Expense | Price<br>Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 8/26/2019 | ADL<br>12078 DepoTranscript<br>Livingston Deposition Transcript | 1862.70 | 1.000 | 1,862.70 | Billable |
| 9/4/2019 | ADL<br>12137 In-HouseCopying<br>In-house copying charges for September 2019 (09/04/19- 09/30/19) | 0.20 | 109.000 | 21.80 | Billable |
| 10/1/2019 | ADL<br>12216 In-HouseCopying<br>In-house copying charges for October 2019 (10/1/19- 10/31/19) | 0.20 | 873.000 | 174.60 | Billable |
| 10/2/2019 | ADL<br>12338 Online Research<br>PACER research | 25.80 | 1.000 | 25.80 | Billable |
| 10/7/2019 | ADL<br>12167 Experts<br>Evan Hendricks Rebuttal Report | 2000.00 | 1.000 | 2,000.00 | Billable |
| 10/9/2019 | ADL<br>12339 Online Research<br>PACER research | 1.30 | 1.000 | 1.30 | Billable |
| 10/10/2019 | ADL<br>12179 Mediator/Arbitr<br>Mediation fee to ADR services | 3250.00 | 1.000 | 3,250.00 | Billable |
| 10/11/2019 | ADL<br>12178 Experts<br>Expert fee for John Ulzheimer deposition | 1336.50 | 1.000 | 1,336.50 | Billable |
| 10/12/2019 | Expense<br>12209 Research<br>Legislative History CCRAA | 300.00 | 1.000 | 300.00 | Billable |
| 10/13/2019 | Expense<br>12211 FedEx/Postage<br>FedEx to ADR Services re mediation | 15.77 | 1.000 | 15.77 | Billable |
| 10/18/2019 | Expense<br>12210 DepoTranscript<br>Ulzheimer deposition transcript | 1272.54 | 1.000 | 1,272.54 | Billable |
| 10/22/2019 | Expense<br>12224 DepoTranscript<br>Video link for Ultzheimer deposition | 495.00 | 1.000 | 495.00 | Billable |

12/6/2021
2:31 PM                                Pre-bill Worksheet                              Page      33

Nationstar.Class:Taquelia Washington Toland and Georgia Toland (continued)

| Date ID | Timekeeper Expense | Price Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 11/1/2019 | ADL | 0.20 | 161.000 | 32.20 | Billable |
| 12240 | In-HouseCopying | | | | |
| | In-house copying charges for November 2019 (11/1/19- 11/30/19) | | | | |
| 12/1/2019 | ADL | 0.20 | 1122.000 | 224.40 | Billable |
| 12312 | In-HouseCopying | | | | |
| | In-house copying charges for December 2019 (12/1/2019- 01/06/2020). Includes 1222.01 (494) and 1222.02 (628). | | | | |
| 12/2/2019 | ADL | 94.30 | 1.000 | 94.30 | Billable |
| 12337 | Online Research | | | | |
| | McCoy court records from PACER | | | | |
| 12/19/2019 | ADL | 167.96 | 1.000 | 167.96 | Billable |
| 12336 | Travel | | | | |
| | Airfare to San Diego re McCoy | | | | |
| 12/26/2019 | ADL | 258.00 | 1.000 | 258.00 | Billable |
| 12390 | Travel | | | | |
| | San Diego airfare | | | | |
| 1/7/2020 | ADL | 0.20 | 776.000 | 155.20 | Billable |
| 12377 | In-HouseCopying | | | | |
| | In-house copying charges for January 2020 (01/07/2020- 02/02/2020) | | | | |
| 1/27/2020 | ADL | 186.50 | 1.000 | 186.50 | Billable |
| 12361 | DepoTranscript | | | | |
| | Evan Hendricks deposition (Vol 2) | | | | |
| 6/8/2020 | Expense | 15.59 | 1.000 | 15.59 | Billable |
| 12572 | FedEx/Postage | | | | |
| | Courtesy copies of motion oppositions to court | | | | |
| 7/17/2020 | Expense | 44.10 | 1.000 | 44.10 | Billable |
| 12574 | Online Research | | | | |
| | PACER charges first quarter 2020 | | | | |
| 7/17/2020 | Expense | 157.10 | 1.000 | 157.10 | Billable |
| 12575 | Online Research | | | | |
| | PACER charges second quarter 2020 | | | | |

| TOTAL | Billable Costs | | | | $19,831.25 |
|---|---|---|---|---|---|
| | | | | Amount | Total |
| Total of Fees (Time Charges) | | | | | $0.00 |

12/6/2021
2:31 PM                                  Pre-bill Worksheet                              Page      34

Nationstar.Class:Taquelia Washington Toland and Georgia Toland (continued)

|  | Amount | Total |
|---|---|---|
| Total of Costs (Expense Charges) |  | $19,831.25 |
| Total new charges |  | $19,831.25 |
| New Balance |  |  |
| Current | $19,831.25 |  |
| Total New Balance |  | $19,831.25 |

# EXHIBIT B

Toland v. Nationstar
HERA Time Entries from AbacusLaw System

| Date | Description of Services | Duration |
|------|------------------------|----------|
| 6/10/2019 | Attended court-mandated meet and confer re: discovery. Drafted typewritten discovery agreement reached during meet/confer. Sent to Arthur/Kristen (linked). | 3.0 |
| 6/11/2019 | Edited 30(b)(6) deposition notice. | 0.7 |
| 6/18/2019 | Edits to joint cmc in state case. Sent to Arthur/Kristin. Also received dates in response to our R. 306b depo notices / requests to depose Ps. Emails linked. | 0.3 |
| 6/21/2019 | Call with TW and Kristin K re: depositions and depo prep. She has concerns about Georgia's work schedule and taking 3 days off in the same week. KK suggested Georgia's depo and TW's depo being scheduled for different days, so that neither has to take off more than one day for the actual depo. And as to prep TW will talk with Georgia about whether they can make it work to prep on the suggested dates and/or other dates that work. They'll get back to us early next week. | 0.2 |
| 6/21/2019 | Call w KK to TW re: depos. Left VM. | 0.1 |
| 6/25/2019 | Edited 30(b)(6) notice and sent to Arthur, Kristin, Sean. | 0.9 |
| 6/27/2019 | Revised depo notice; sent to AL for approval; finalized and sent to BO for sending by mail with POS. | 0.5 |
| 6/28/2019 | Reviewed Ds' objections. Very brief research on overbroad" 30b6 categories. Internal email re: next steps. Consultation w/Arthur. Responded to Ds' counsel and sent depo notice. Linked" | 0.7 |
| 7/2/2019 | Coordinating response to Ds' concerns re: PMK depos | 0.5 |
| 7/11/2019 | Reviewed supplemental responses and compared to discovery agreement. Drafted email to Erik. | 1.5 |
| 7/15/2019 | Reviewed docs / drafted plan for preparing Ps for depositions | 3.5 |
| 7/17/2019 | Review of PMK depo exhibits | 1.0 |
| 7/17/2019 | Meeting with TW and GT to prep for depositions on 7/18-19. | 3.0 |
| 7/23/2019 | Travel to Dallas / prep | 8.0 |
| 7/24/2019 | Deposition: 30b6 for Veripro (Phillip Livingston) | 4.0 |
| 7/25/2019 | Deposition: 30b6 for Nationstar (AJ Toll) | 4.0 |
| 7/26/2019 | Drafted 2nd set of ROGS/RFPs. | 1.3 |
| 8/7/2019 | Emailed AT re: docs needed from Georgia/Taquelia. Sent email to TW/GT. | 0.4 |
| 8/15/2019 | Reviewing data produced by Defendants. | 0.5 |
| 8/19/2019 | Analyzed data from Veripro. Sent preliminary analysis to Arthur. | 1.2 |
| 8/19/2019 | Left VM for Georgia about addt'l discovery. | 0.0 |
| 8/28/2019 | Spoke with AL about supplemental rogs. Finished drafting them, redacting credit statement/auto loan statement. Sent email to GT/TW. Will send to Ds tomorrow. | 1.0 |
| 8/29/2019 | Finalized supp response to Rogs and sent to Erik/Lazslo | 0.5 |
| 9/2/2019 | Reviewed Ds' 8/30 discovery responses and sent notes to AL and KK. | 1.7 |
| 9/3/2019 | Met with AL and drafted email language to send to Ds. Reviewed his draft and commented. | 0.8 |
| 9/5/2019 | Revised discovery dispute letter. | 1.2 |
| 9/5/2019 | Drafted discovery dispute letter and sent to AL/KK. Linked. | 3.0 |
| 9/12/2019 | Call with AL and KK re: expert discovery, class cert and mediation. | 1.0 |
| 9/17/2019 | Drafted email to AL/KK w/findings re: actual damages and suggestions as to expert rebuttals. | 0.5 |

Toland v. Nationstar
HERA Time Entries from AbacusLaw System

| 9/17/2019 | Reviewing NCLC FCRA treatise. | 1.0 |
|---|---|---|
| 9/18/2019 | Research on actual damages"" | 1.0 |
| 9/18/2019 | Conversation w/Kristin re: actual damages, settlement matrix, Ds' data, class cert. | 0.9 |
| 9/18/2019 | Conversation with Kristin K. re: actual damages. Going to research 9th Cir cases and FCRA compared to CCRA. | 0.2 |
| 9/27/2019 | Research on actual damages | 1.7 |
| 10/3/2019 | Analyzing Ds' data, providing estimate on class size. | 4.0 |
| 10/9/2019 | Developed spreadsheet containing Ps' estimated debt collection class and sent to opposing counsel. | 1.0 |
| 10/17/2019 | Edits to mediation statement | 2.0 |
| 10/17/2019 | Research on federal cases re: whether actual damage is req'd for statutory damages under CCRAA | 0.7 |
| 10/23/2019 | Reviewed Kuns v. Ocwen as distinguishing precedent to the Donato (Gray v. Ocwen) case in Ds' mediation brief. Sent AL email. | 0.4 |
| 1/4/2020 | Drafting CC brief | 2.0 |
| 1/6/2020 | Drafting CC brief | 2.5 |
| 1/7/2020 | Drafting CC brief | 8.5 |
| 1/8/2020 | Editing CC draft | 6.0 |
| 1/12/2020 | Drafting my declaration (w/data analysis) | 5.0 |
| 1/12/2020 | Edits to CC draft | 3.0 |
| 1/13/2020 | Edits to CC | 2.0 |
| 1/14/2020 | Finalizing my dec | 1.0 |
| 2/23/2020 | Drafting reply to CC | 4.0 |
| 2/25/2020 | Editing reply to CC | 3.0 |
| 4/21/2020 | Drafted/finalized draft of stip re: MSJ/Daubert schedule. Sent to Defs | 1.2 |
| 4/22/2020 | Call with AL about MSJ strategy | 0.4 |
| 4/22/2020 | Reviewed Defs' MSJ. Sent notes/plan to AL | 0.9 |
| 5/28/2020 | Drafting MSJ | 1.5 |
| 5/29/2020 | Drafting MSJ | 4.3 |
| 5/30/2020 | Drafting MSJ | 8.0 |
| 6/3/2020 | Edits to MSJ draft | 5.0 |
| 6/5/2020 | Started drafting Intro to MSJ | 1.1 |
| 6/5/2020 | Drafted decs for Plaintiffs, sent to AL | 0.9 |
| 6/5/2020 | Call with TW & GT re: declarations for MSJ. | 0.3 |
| 6/6/2020 | Finished Intro to MSJ Opp | 2.7 |
| 7/10/2020 | Edits to confidential settlement statement | 0.8 |
| 7/13/2020 | Edits to settlement demand | 0.8 |
| 7/27/2020 | Attending mandatory settlement conference | 4.5 |
| 7/28/2020 | Draft stip to postpone MSJ/CC hearing | 0.9 |
| | TOTAL | 128.2 |