UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAQUELIA WASHINGTON TOLAND and GEORGIA TOLAND, individually and on behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC, a Delaware limited liability company; VERIPRO SOLUTIONS INC., a Delaware corporation, and DOES 1 through 20,<br><br>Defendants. | Case No. 3:17-cv-02575-JD<br><br>[PROPOSED] ORDER FINALLY APPROVING ATTORNEYS' FEES, COSTS, AND EXPENSES; SERVICE AWARD, AND CY PRES RECIPIENT<br><br>[Dkt. Nos. 135, 137, 140, 141, 142]<br><br>**Date:  December 1, 2022**<br>**Time:  10:00 a.m.**<br>**Courtroom 11, 19th Floor**<br>**Hon. James Donato**<br><br>Action Filed:   March 24, 2017 |

This matter having come before the Court for Status Conference pursuant to the Court's Order Re Final Approval and Final Judgment [Dkt. No. 135], and the Court having considered all papers filed and proceedings had herein and good cause appearing therefor, it is ORDERED, ADJUDGED AND DECREED THAT:

1. The Court GRANTS Plaintiffs' Motion for Award of Attorneys' Fees, Costs, and Expenses, and Service Awards [Dkt. No 128] as follows.

2. The Court approves the payment of attorneys' fees to Class Counsel and the reimbursement of litigation expenses in the total sum of $390,000.00:as follows

| | |
|---|---|
| Kemnitzer, Barron & Krieg LLP | $174,772.95 |
| Arthur D. Levy | $188,788.65 |

1     Housing and Economic Rights Advocates     $ 26,438.40

2     3.     In addition to any recovery that the Class Representatives may receive under the Settlement, and in recognition of the Class Representatives efforts and risks taken on behalf of the Settlement Class, the Court hereby approves the payment of Service Awards to Class Representatives, Georgia Toland and Taquelia Washington Toland, in the amount of $1,500,00 each.

    4.     Defendants are to fund the above-ordered amounts to the Settlement Administrator no later than December 16, 2022, and the Settlement Administrator shall distribute such amounts no later than December 23, 2022.

    5.     The Court approves National Housing Law Project as *cy pres* recipient and orders the residual, totaling $71,902.72 be distributed to National Housing Law Project forthwith.

    6.     This Court shall retain jurisdiction with respect to all matters related to the administration and consummation of the settlement, and any and all claims, asserted in, arising out of, or related to the subject matter of the Action, including but not limited to all matters related to the Settlement and the determination of all controversies related thereto.

    IT IS SO ORDERED.

DATED: December 12, 2022

_____
Hon. James Donato

APPROVED AS TO FORM:

SEVERSON & WERSON
A Professional Corporation

By:      /s/ *Erik Kemp* (with permission)
          ERIK KEMP
    Attorneys for Defendants NATIONSTAR MORTGAGE LLC and VERIPRO SOLUTIONS INC.